SHORT RECORD
NO. 26-3446
FILED 11/24/2026

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS,*

*v.*

*THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC., FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,*

No. 21-cv-430

Honorable LaShonda A Hunt

**NOTICE OF APPEAL**

Notice is hereby given that Class Member and Proposed Intervenor and Movant Shiyang Huang hereby appeals to the United States Court of Appeals for the Seventh Circuit from the following orders of the District Court: (i) the Minute Order, dated October 22, 2026, denying Huang's Motion to Intervene and Rule 59(e) Motion to Amend Judgment [ECF No. 356] (**ECF No. 381**); and (ii) the Order Awarding Attorneys' Fees, Payment of Litigation Expenses, and Service Awards to Named Plaintiffs, dated August 4, 2026 (**ECF No. 352**), and all opinions and orders that merge therein.

Date: November 23, 2026

Respectfully Submitted,

/s/Shiyang Huang
Shiyang Huang
2813 SW Rother Rd.,
Topeka, KS 66614
(314) 669-1858
defectivesettlement@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on or before November 23, 2026, a true and correct copy of the foregoing was filed with this Court. CM/ECF will then notify all counsels of record.

/s/ Shiyang Huang

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS,*<br><br>*v.*<br><br>*THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC., FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,* | No. 21-cv-430<br><br>Honorable LaShonda A Hunt |

**7th Cir. RULE 3(c) DOCKETING STATEMENT**
**OF PROPOSED INTERVENOR-APPELLANT SHIYANG HUANG**

Proposed Intervenor-Appellant Shiyang Huang respectfully submits this Docketing Statement pursuant to 7th Cir. Rule 3(c)(1).

**I. DISTRICT COURT JURISDICTION.** The district court found that it had jurisdiction to re-approve the Keller Williams Settlement (Dkt. 381, dated October 22, 2026). The district court found that it "doesn't divest the Court of subject matter jurisdiction" and is "not a standing issue" (Oct. 22, 2026 Hr'g Tr. at 4) with respect to the anti-suit injunction issued under the All Writs Act, effective after the issuance of mandate in *Burnett v. Nat'l Ass'n of Realtors,* No. 4:19-CV-00332-SRB, 2024 WL 2842222, at **12-13 (W.D. Mo. May 9, 2024), *aff'd,* 187 F.4th 1051, 1063 (8th Cir. 2026), *mandate issued,* Nos. 24-3444/24-3450 (8th Cir. Oct. 2, 2026); *aff'd,* 2026 WL 2719085 (8th Cir. Sept. 15, 2026), *mandate issued,* No. 24-2143 (8th Cir. Oct. 6, 2026).

As to Defendant RE/MAX, the district court found jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1332(d), because this case is a class action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs; there are greater than 100 putative class members; at least one putative class member is a citizen of a state other than any of Defendants' states of citizenship; and none of the exceptions under § 1332(d) apply to this action.

**II. APPELLATE COURT JURISDICTION.** This appeal is taken from the District Court's Orders (Dkt. Nos. 381, 352, 351, 350) signed by Judge LaShonda A. Hunt and entered on October 22, 2026 denying Huang's Rule 59(e) motion and motion to intervene (Dkt. No. 356). "If an appeal follows, the ruling on the motion merges with the original determination into a single judgment." *Banister v. Davis,* 590 U.S. 504, 508–09 (2020).

The Seventh Circuit has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291 and 28 U.S.C. § 1294(1). The District Court's October 22, 2026 order "denying intervention is a final, appealable decision under 28 U.S.C. § 1291" for Huang as the "disappointed prospective intervenor." *Driftless Area Land Conservancy v. Huebsch,* 969 F.3d 742, 745 (7th Cir. 2020) (quoting *CE Design, Ltd. v. Cy's Crab House N., Inc.,* 731 F.3d 725, 730 (7th Cir. 2013)); *In re Brand Name Prescription Drugs Antitrust Litig.,* 115 F.3d 456, 458 (7th Cir. 1997) ("Class members . . . can move to intervene . . . and if their motion is denied they can appeal from that denial . . . ."); *Alcarez v. Akorn Inc.,* 99 F.4th 368, 375 (7th Cir. 2024) ("When the representative plaintiffs and the defendants strike a deal, intervention by a member of the class may be essential to protect the class's

interests. We have told judges to grant intervention freely when a class member contends that the representatives (or, more realistically, their lawyers) are misbehaving.")

To be sure, Huang believes that intervention is likely not necessary to appeal because the class has already been certified. *See Pearson v. Target Corp.,* 893 F.3d 980 (7th Cir. 2018); *Pearson v. Target Corp.,* 968 F.3d 827 (granting post-judgment Rule 60 relief from a class member who did not intervene); *In re Bridgestone/Firestone, Inc., Tires Products Liab. Litig.,* 333 F.3d 763, 768 (7th Cir. 2003) ("unnamed class members have the status of parties for many purposes and are bound by the decision whether or not the court otherwise would have had personal jurisdiction over them."); *Gautreaux v. Chicago Housing Authority*, 475 F.3d 845, 851 (7th Cir. 2009).

The Seventh Circuit has jurisdiction under 28 U.S.C. § 1291, which provides jurisdiction over appeals from all final decisions of district courts. The post-approval fee award order is an independently appealable collateral order. *Budinich v. Becton Dickinson & Co.,* 486 U.S. 196 (1988); *Birchmeier v. Caribbean Cruise Line, Inc.,* 896 F.3d 792, 795 (7th Cir. 2018); *see also In re Stericycle Securities Litigation,* 35 F.4th 555 (7th Cir. 2022); *In re Broiler Chicken Antitrust Litig.,* 80 F.4th 797 (7th Cir. 2023); *In re Broiler Chicken Antitrust Litig.,* 142 F.4th 568 (7th Cir. 2025) (Rule 23(h) fee appeals only)

Huang timely filed the required Notice of Appeal for civil cases with the District Court on November 23, 2026 pursuant to Fed. R. App. P. 3(a) and 4(a)(4)(A)(iv).

**II. PRIOR OR RELATED APPELLATE PROCEEDINGS.** This appeal appears to be related to the following appeals pending before the Seventh Circuit:

- *Tuccori v. At World Properties, LLC,* No. 26-1483 (7th Cir.), appeal of Aaron Bolton, proposed intervenor-appeallant. Both appeals arise from Class settlement proceedings involving the *Batton* Plaintiffs (whose counsel represents Bolton) in parallel actions in the same district, involving interconnected questions between Rule 23(e) settlement process and Rule 24 intervention in this Circuit.
- *Campbell v. Sirius XM Radio, Inc.,* No. 26-2779 (7th Cir.), appeal of Nigel Cohen, objector-appellant. Both appeals arise from class-action settlement fee awards and involved legal standards of class-action fee awards under Fed. R. Civ. P. 23(h).

**IV. ADDITIONAL REQUIREMENTS OF CIRCUIT RULE 3(c)(1).** None of the parties to the litigation appear in an official capacity. This is a civil case that does not involve any criminal convictions or a collateral attack on a criminal conviction.

Date: November 23, 2026

Respectfully Submitted,

/s/Shiyang Huang
Shiyang Huang
2813 SW Rother Rd.,
Topeka, KS 66614
(314) 669-1858
defectivesettlement@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on or before November 23, 2026, a true and correct copy of the foregoing was filed with this Court. CM/ECF will then notify all counsels of record.

/s/ Shiyang Huang

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MYA BATTON, AARON BOLTON, MICHAEL BRACE, DO YEON IRENE KIM, ANNA JAMES, JAMES MULLIS, THEODORE BISBICOS, and DANIEL PARSONS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS, ANYWHERE REAL ESTATE, INC. FORMERLY KNOWN AS REALOGY HOLDINGS CORP., RE/MAX LLC, and KELLER WILLIAMS REALTY, INC.,<br><br>Defendants. | Case No. 1:21 C 430 |

**ORDER AWARDING ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS TO CLASS PLAINTIFFS**

This matter came for a duly noticed hearing on August 4, 2026 (the "Settlement Hearing"), upon Class Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses and Plaintiffs' Request for Service Awards (ECF No. 337) ("Fee and Expense Application") in the above-captioned action ("Action"). The Court has considered the Fee and Expense Application and all supporting and other related materials, including the matters presented at the Settlement Hearing. Due and adequate notice of the Stipulation and Agreement of Settlement with Keller Williams Realty, LLC fna Keller Williams Realty, Inc ("Keller Williams"), entered into on January 20, 2026 (the "Keller Williams Settlement Agreement"), and the Stipulation and Agreement of Settlement with RE/MAX, LLC ("RE/MAX"), entered into on March 19, 2026 (the

"RE/MAX Settlement Agreement"),[1] having been given to the Class Members; the Settlement Hearing having been held; and the Court having considered all papers filed and proceedings conducted herein, having found the Keller Williams Settlement and RE/MAX Settlement to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

1. Unless otherwise defined herein, all capitalized terms used herein shall have the same meanings set forth and defined in the Settlement Agreements.

2. This Court has subject matter jurisdiction over the Action to approve the Settlement Agreements and personal jurisdiction over the respective Plaintiffs, Keller Williams, RE/MAX and all Class Members from the respective Settlement Classes who have not timely and validly requested exclusion.

3. Notice of the Fee and Expense Application was provided to potential Class Members in a reasonable manner, and such notice complies with Rule 23(h)(1) of the Federal Rules of Civil Procedure and due process requirements.

4. The Court hereby awards Class Counsel attorneys' fees of one-third of the Settlement Fund (or $9,500,000) and expenses of $4,500,000, together with interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.

5. Class Counsel is hereby authorized to allocate the attorneys' fees award in a manner in which, in Class Counsel's good faith judgment, reflects the contributions of such counsel to the institution, prosecution and settlement of the Action.

[1] The Keller Williams Settlement and the RE/MAX Settlements are referred to together as the "Settlement Agreements."

6. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of recovery" method considering, among other things that:

a. the total Settlement Fund of $28.5 million created by the Keller Williams and RE/MAX Settlements was not likely at the outset of the Action;

b. the requested fee is similar to the percentage fees that would be negotiated *ex ante* in the private market for legal services;

c. the awarded fee is in accord with Seventh Circuit authority and consistent with fee awards in similar cases;

d. the contingent nature, risks and complexity of the Action favor a fee award of one-third;

e. the quality of legal service provided by Class Counsel produced the Settlements;

f. the stakes of the litigation favor the fee awarded; and

g. the reaction of the Class to the fee request supports the fee awarded.

7. The Court hereby awards Class Plaintiffs Service Awards of $5,000 to Plaintiffs Do Yeon Irene Kim, Michael Brace, Daniel Parsons, Anna James, and Aaron Bolton, $3,500 to Plaintiffs James Mullis, and $2,000 each to Plaintiffs Theodore Bisbicos and Mya Batton for their service as class representatives in this Action.

8. As provided under the Keller Williams Settlement Agreement, Class Counsel may further withdraw up to $500,000 from the Keller Williams Settlement Fund to establish a litigation fund to defray ongoing and future litigation costs in this Action.

9. In the event that the Keller Williams and RE/MAX Settlements are terminated or the Effective Date does not occur in accordance with the terms of the Settlements, this Order shall be null and void, of no further force or effect, and without prejudice to any of the Parties, and may

not be introduced as evidence or used in any actions or proceedings by any Person against the Parties.

10. The attorneys' fees, payment of expenses, Service Awards, and the $500,000 award to establish a litigation fund are to be paid to Class Counsel from the Settlement Fund, and Class Counsel may withdraw such funds from the Settlement Fund immediately upon entry of this Order, subject to the terms, conditions, and obligations of the Settlement Agreement which terms, conditions, and obligations are incorporated herein.

**DATED**: August 4, 2026

**ENTERED**:

LaShonda A. Hunt

LASHONDA A. HUNT
United States District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mya Batton, et al.

Plaintiff,

v.

Case No.: 1:21−cv−00430
Honorable LaShonda A. Hunt

The National Association of Realtors, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2026:

MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. For the reasons stated on the record, Movant Shiyang Huang's motion to file a late claim [355] is denied as moot, Huang's motion for reconsideration of Dkts. 350, 351, and 352 under Rule 59(e) and motion to intervene under Rule 24 [356] is denied, and Movant Adam Woodburn's Rule 59(e) motion to amend judgment [359] is denied. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

APPEAL,PROTO,STAYED,WEISMAN

**United States District Court**
**Northern District of Illinois - CM/ECF NextGen 1.9 (rev. 1.9) (Chicago)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-00430**
**Internal Use Only**

Batton v. The National Association of Realtors et al
Assigned to: Honorable LaShonda A. Hunt
Demand: $9,999,000
related Cases: 1:19-cv-01610
1:23-cv-15618
Case in other court: 26-01644
Cause: 15:1 Antitrust Litigation

Date Filed: 01/25/2021
Jury Demand: Both
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Judah Leeder**
*individually and on behalf of all others similarly situated*
*TERMINATED: 07/06/2022*

represented by

**Carol Lee O'Keefe**
Korein Tillery
505 No 7th St.
Suite 3600
St. Louis, MO 63101
(314) 241-4844
Fax: Pro Hac Vice
Email: cokeefe@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Klenov**
Korein Tillery, Llc
505 North 7th Street
Suite 3600
St. Louis, MO 63101
(314) 241-4844
Fax: Not a member
Email: mklenov@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall P. Ewing , Jr.**
Korein Tillery, Llc
205 No. Michigan Ave., Ste. 1950
Chicago, IL 60601
(312) 641-9750
Fax: Not a member
Email: rewing@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Z. Cortazar**
Korein Tillery
205 N. Michigan Ave.
Ste. 1950
Chicago, IL 60601
(312) 641-9750
Fax: Not a member
Email: rcortazar@koreintillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christian Levis**
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
Fax: Pro Hac Vice
Email: clevis@lowey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claire Noelle Forde**
Lowey Dannenberg, P.C.
44 South Broadway
White Plains, NY 10601
(914) 997-0500
Fax: Pro Hac Vice
Email: nforde@lowey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jamie Lynn Boyer**
Korein Tillery
505 No 7th St.
Suite 3600
St. Louis, MO 63101
(314) 241-4844
Fax: Pro Hac Vice
Email: jboyer@koreintillery.com
*TERMINATED: 11/08/2021*

**Jonathon D. Byrer**
Holland and Knight, LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
312 715 5760
Fax: Active
Email: jonathon.byrer@cookcountysao.org
*TERMINATED: 01/07/2022*

**Peter O'Connor Rocque**

Korein Tillery LLC
505 N. 7th Street
Suite 3600
St. Louis, MO 63101
(314) 241-4844
Fax: Pro Hac Vice
Email: procque@koreintillery.com
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
Lowey Dannenbergt, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
Fax: Pro Hac Vice
Email: vbriganti@lowey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**George A. Zelcs**
Korein Tillery
205 N. Michigan Plaza
Suite 1950
Chicago, IL 60601
(312) 641-9750
Fax: Active
Email: gzelcs@koreintillery.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mya Batton**
*individually and on behalf of all others similarly situated*

represented by **Margaret C. MacLean**
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
(914) 997-0500
Fax: Pro Hac Vice
Email: mmaclean@lowey.com
*ATTORNEY TO BE NOTICED*

**Peter O'Connor Rocque**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven M Berezney**
Korein Tillery Llc
505 N. 7th Street
Suite 3600
St. Louis, MO 63101
(314) 241-4844
Fax: Active
Email: sberezney@koreintillery.com

*ATTORNEY TO BE NOTICED*

**Ryan Z. Cortazar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Do Yeon Kim**
*individually and on behalf of all others similarly situated*

represented by **Margaret C. MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter O'Connor Rocque**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven M Berezney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Z. Cortazar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Parsons**
*individually and on behalf of all others similarly situated*

represented by **Margaret C. MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter O'Connor Rocque**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven M Berezney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Z. Cortazar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna James**
*individually and on behalf of all others similarly situated*

represented by **Margaret C. MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter O'Connor Rocque**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven M Berezney**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Ryan Z. Cortazar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Bolton**
*individually and on behalf of all others similarly situated*

represented by **Margaret C. MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter O'Connor Rocque**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven M Berezney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Z. Cortazar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theodore Bisbicos**
*individually and on behalf of all others similarly situated*

represented by **Margaret C. MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter O'Connor Rocque**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven M Berezney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Z. Cortazar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Brace**
*individually and on behalf of all others similarly situated*

represented by **Margaret C. MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter O'Connor Rocque**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven M Berezney**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Ryan Z. Cortazar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Mullis**
*individually and on behalf of all others similarly situated*

represented by **Margaret C. MacLean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter O'Connor Rocque**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven M Berezney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Z. Cortazar**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The National Association of Realtors**

represented by **Deepti Bansal**
Cooley LLP
1299 Pennsylvania Avenue, NW
700
Washington, DC 20004
(202) 728-7027
Fax: Pro Hac Vice
Email: dbansal@cooley.com
*TERMINATED: 02/14/2025*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Jack R. Bierig**
ArentFox Schiff LLP
233 S Wacker Drive
Ste 7100
Chicago, IL 60606
312-258-5511
Fax: Active
Email: jack.bierig@afslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leonard A. Gail**

Massey & Gail
50 East Washington Street
Suite 400
Chicago, IL 60602
(312) 283-1590
Fax: Active
Email: lgail@masseygail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Suyash Agrawal**
Massey & Gail LLP
50 E Washington Street
Suite 400
Chicago, IL 60602
(312)379-0949
Fax: Active
Email: sagrawal@masseygail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam J. Diederich**
Schiff Hardin LLP
233 South Wacker Dr
Suite 6600
Chicago, IL 60606
(312) 258-5500
Fax: Not a member
Email: adiederich@schiffhardin.com
*ATTORNEY TO BE NOTICED*

**Beatriz Mejia**
Cooley LLP
3 Embarcadero Center, 20th Fl.
San Francisco, CA 94111-4004
(415) 693-2000
Fax: Pro Hac Vice
Email: mejiab@cooley.com
*TERMINATED: 02/14/2025*
*PRO HAC VICE*

**Brigid Carmichael**
Massey & Gail
50 East Washington St.
Suite 400, c/o Massey & Gail LLP
60602
Chicago, IL 60622
312-379-0953
Fax: 312-379-0467
Email: bcarmichael@masseygail.com
*ATTORNEY TO BE NOTICED*

**Chiseul Kylie Kim**
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, S.W.
Washington, DC 20024
202-229-4000
Email: kkim@masseygail.com
*TERMINATED: 09/30/2026*
*ATTORNEY TO BE NOTICED*

**Elizabeth M. Wright**
Cooley LLP
500 Boylston Street
Boston, MA 02116
(617) 937-2300
Fax: Pro Hac Vice
Email: ewright@cooley.com
*TERMINATED: 02/14/2025*
*PRO HAC VICE*

**Ethan Charles Glass**
Compass
1313 14th St NW
Washington, DC 20007
202-531-2396
Email: eglass@cooley.com
*TERMINATED: 02/14/2025*

**Georgina Inglis**
Cooley LLP
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004
(202) 842-7859
Fax: Pro Hac Vice
Email: ginglis@cooley.com
*TERMINATED: 02/14/2025*
*PRO HAC VICE*

**Matthew Miles Collette**
Massey & Gail Llp
1000 Maine Ave. Sw
Suite #450
Washington, DC 20024
(202) 795-3326
Fax: Not a member
Email: mcollette@masseygail.com
*ATTORNEY TO BE NOTICED*

**Michael Bonanno**

Quinn Emanuel Urquhart & Sullivan, LLP
555 13th Street NW
Suite 600
Washington, DC 20004
202-538-8000
Fax: 202-538-8100
Email: mikebonanno@quinnemanuel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Morgan Meyer**
Massey and Gail LLP
50 E. Washington Street
Suite 400
Chicago, IL 60602
(847) 404-1995
Fax: Not a member
Email: mmeyer@masseygail.com
*ATTORNEY TO BE NOTICED*

**Samantha Amata Strauss**
Cooley LLP
110 N. Wacker Dr.
Ste 4200
Chicago, IL 60606
312-881-6500
Email: sastrauss@cooley.com
*TERMINATED: 02/14/2025*
*PRO HAC VICE*

**Sarah M Topol**
Cooley LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
Fax: Pro Hac Vice
Email: stopol@cooley.com
*TERMINATED: 02/14/2025*
*PRO HAC VICE*

**Defendant**

**Anywhere Real Estate, Inc.**
*formerly known as*
Realogy Holdings Corp.

represented by **Kenneth Michael Kliebard**
Morgan Lewis & Bockius LLP
110 N. Wacker Drive
Suite 2800
Chicago, IL 60606
312-324-1000
Fax: Active
Email:
kenneth.kliebard@morganlewis.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Aaron Daniel Van Oort**
Faegre Drinker Biddle & Reath LLP
90 South Seventh Street
Suite 2200
Minneapolis, MN 55402
612 766 8138
Fax: Not a member
Email: aaron.vanoort@faegredrinker.com
*ATTORNEY TO BE NOTICED*

**Dennie Zastrow**
Berger Montague PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215-875-4680
Email: dzastrow@bergermontague.com
*TERMINATED: 06/22/2026*
*ATTORNEY TO BE NOTICED*

**Heather Jean Nelson**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212-416-8548
Email: heather.nelson@ag.ny.gov
*TERMINATED: 04/09/2025*

**Jason Leland Chrestionson**
Morgan, Lewis & Bockius LLP
110 N. Wacker Drive
Suite 2800
Chicago, IL 60606-1511
312-324-1797
Fax: Not a member
Email:
jason.chrestionson@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Kevin Patrick Wagner**
Faegre Baker Daniels Llp
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
(612) 766-6922
Fax: Pro Hac Vice
Email: kevin.wagner@faegrebd.com
*ATTORNEY TO BE NOTICED*

**Stacey Anne Mahoney**
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000
Fax: Pro Hac Vice
Email: stacey.mahoney@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Surya Malhotra Khanna**
Morgan, Lewis & Bockius
1111 Pennsylvania Avenue, NW
Washington, DC 20004
202-739-5073
Fax: 202-739-3001
Email: surya.khanna@morganlewis.com
*TERMINATED: 09/25/2024*
*PRO HAC VICE*

**William S.D. Cravens**
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
202-373-6083
Email: william.cravens@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William T. McEnroe**
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103
(215) 963-5000
Fax: Pro Hac Vice
Email:
william.mcenroe@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HomeServices of America, Inc.**
*TERMINATED: 02/20/2024*

represented by

**Anne Marie Coghlan**
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60654
(312) 832-4500
Fax: Not a member
Email: amcoghlan3@gmail.com
*TERMINATED: 02/20/2024*

**Jay N Varon**
Foley & Lardner
3000 K Street NW
Washington, DC 20007
(202)672-5380
Fax: Not a member
Email: jvaron@foley.com
*ATTORNEY TO BE NOTICED*

**Jennifer M Keas**
Foley & Lardner LLP
3000 K Street NW
Suite 600
Washington, DC 20007
202-672-5436
Fax: 202-672-5399
Email: jkeas@foley.com
*ATTORNEY TO BE NOTICED*

**Matthew Thomas Ciulla**
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
317-961-5086
Fax: Pro Hac Vice
Email: matthew.ciulla@macgilllaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Dean Macgill**
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
317-961-5085
Fax: Pro Hac Vice
Email: robert.macgill@macgilllaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott E. Murray**
Hoover Hull Turner LLP
111 Monument Circle
Suite 4400
Indianapolis, IN 46204
317-381-5635
Email: semurray110@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **BHH Affiliates, LLC**<br>*TERMINATED: 02/20/2024* | represented by | **Anne Marie Coghlan**<br>(See above for address)<br>*TERMINATED: 02/20/2024*<br><br>**Jay N Varon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jennifer M Keas**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew Thomas Ciulla**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Dean Macgill**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott E. Murray**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **HSF Affiliates, LLC**<br>*TERMINATED: 02/20/2024* | represented by | **Anne Marie Coghlan**<br>(See above for address)<br>*TERMINATED: 02/20/2024*<br><br>**Jay N Varon**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jennifer M Keas**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew Thomas Ciulla**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Dean Macgill**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Scott E. Murray**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Long & Foster Companies, Inc.**
*TERMINATED: 02/20/2024*

represented by

**Anne Marie Coghlan**
(See above for address)
*TERMINATED: 02/20/2024*

**Jay N Varon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer M Keas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Thomas Ciulla**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Dean Macgill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott E. Murray**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Re/Max LLC**

represented by

**Eddie Hasdoo**
Jones Day
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
312-269-4214
Email: ehasdoo@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeff Levee**
Jones Day
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
213.243.2572

Fax: Not a member
Email: jlevee@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Patrick Enson**
Jones Day
555 S. Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 243-2304
Fax: Pro Hac Vice
Email: epenson@jonesday.com
*TERMINATED: 07/11/2024*
*PRO HAC VICE*

**Jeremy John Gray**
Arnall Golden Gregory LLP
2100 Pennsylvania Ave NW, Suite 350S
Washington, DC 20037
3142657267
Fax: Voluntary Withdrawal
Email: grayjeremyj@gmail.com
*TERMINATED: 02/04/2022*

**Defendant**

**Keller Williams Realty, Inc.**
*TERMINATED: 08/04/2026*

represented by

**Jennifer Lada**
Holland & Knight LLP
?31 West 52nd Street
12th Floor
NY, NY 10019
(212) 513-3200
Fax: Pro Hac Vice
Email: jennifer.lada@hklaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy Ray**
Holland & Knight LLP
150 N. Riverside Plaza
Ste 2700
Chicago, IL 60606
312-928-6042
Email: timothy.ray@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna Pendleton Hayes**
Holland & Knight, LLP
Suite 1100
800 17th St NW

Washington, DC 20003
(202) 469-5441
Fax: Pro Hac Vice
Email: anna.hayes@hklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Boris Bershteyn**
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
(212) 735-3834
Fax: Pro Hac Vice
Email: Boris.Bershteyn@skadden.com
*ATTORNEY TO BE NOTICED*

**David C. Kully**
Holland & Knight LLP
800 17th ST NW
Suite 1100
Washington, DC 20530
2024695415
Fax: US Govt Attorney
Email: david.kully@hklaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Shiyang Huang** represented by **Shiyang Huang**
2813 SW Rother RD
Topeka, KS 66614
314-669-1858
Email: defectivesettlement@gmail.com
PRO SE

**Movant**

**Adam Woodburn** represented by **Elaine S Vorberg**
McCarthy Duffy LLP
180 N. LaSalle St.
Suite 2300
Chicago, IL 60601
(312) 726-6395
Fax: Active
Email: evorberg@mccarthyduffy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor**

| | | |
|---|---|---|
| **Kevin Cwynar** | represented by | **Jonathan Marc Jagher**<br>Justice Jagher London & Millen LLC<br>100 Tri-State International<br>Ste 128<br>Lincolnshire, IL 60069<br>610-234-6486<br>Fax: 224-632-4521<br>Email: jjagher@jjlmlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul T. Geske**<br>McGuire Law, P.C.<br>55 W. Wacker Dr.<br>9th Floor<br>Chicago, IL 60601<br>(312) 893-7002<br>Fax: Not a member<br>Email: pgeske@mcgpc.com<br>*ATTORNEY TO BE NOTICED*<br><br>**William Henry London**<br>Justice Jagher London & Millen LLC<br>100 Tri-State International<br>Ste 128<br>Lincolnshire, IL 60069<br>224-632-4500<br>Email: blondon@jjlmlaw.com<br>*ATTORNEY TO BE NOTICED* |

**<u>Intervenor</u>**

| | | |
|---|---|---|
| **Michael D'Acquisto** | represented by | **Jonathan Marc Jagher**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul T. Geske**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**William Henry London**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**<u>Intervenor</u>**

| | | |
|---|---|---|
| **Courtney Foregger** | represented by | **Jonathan Marc Jagher**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul T. Geske** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**William Henry London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Alejandro Lopez** represented by **Jonathan Marc Jagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul T. Geske**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Henry London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**James Tuccori** represented by **Jonathan Marc Jagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul T. Geske**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Henry London**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Dawid Zawislak** represented by **Jonathan Marc Jagher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul T. Geske**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Henry London**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 01/25/2021 | 1 | 414.5 KB | COMPLAINT *Class Action Complaint* filed by Judah Leeder; Jury Demand. Filing fee $ 402, receipt number 0752-17862353.(Zelcs, George) (Entered: 01/25/2021) |
| 01/25/2021 | 2 | 274.7 KB | CIVIL Cover Sheet (Zelcs, George) (Entered: 01/25/2021) |
| 01/25/2021 | 3 | 60.7 KB | ATTORNEY Appearance for Plaintiff Judah Leeder by George A. Zelcs (Zelcs, George) (Entered: 01/25/2021) |
| 01/26/2021 | | | CASE ASSIGNED to the Honorable Martha M. Pacold. Designated as Magistrate Judge the Honorable M. David Weisman. Case assignment: Random assignment. (jmk, ) (Entered: 01/26/2021) |
| 01/26/2021 | 4 | 260.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17863300. (Briganti, Vincent) (Entered: 01/26/2021) |
| 01/26/2021 | 5 | 222.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17863347. (Levis, Christian) (Entered: 01/26/2021) |
| 01/26/2021 | 6 | 41.5 KB | ORDER: Vincent Briganti's motion for leave to appear pro hac vice on behalf of Plaintiff Judah Leeder 4 is granted. Christian Levis' motion for leave to appear pro hac vice on behalf of Plaintiff Judah Leeder 5 is granted. Signed by the Honorable Martha M. Pacold on 1/26/2021. Mailed notice (aee, ) (Entered: 01/26/2021) |
| 01/27/2021 | 7 | 185.9 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17866587. (Feigenbaum, Claire Noelle) (Entered: 01/27/2021) |
| 01/27/2021 | 8 | 90.3 KB | ATTORNEY Appearance for Plaintiff Judah Leeder by Vincent Briganti (Briganti, Vincent) (Entered: 01/27/2021) |
| 01/27/2021 | 9 | 90.0 KB | ATTORNEY Appearance for Plaintiff Judah Leeder by Christian Levis (Levis, Christian) (Entered: 01/27/2021) |
| 01/27/2021 | | | SUMMONS Issued as to Defendants BHH Affiliates, LLC, HSF Affiliates, LLC, HomeServices of America, Inc., Keller Williams Realty, Inc., Re/Max LLC, Realogy Holdings Corp., The Long & Foster Companies, Inc., The National Association of Realtors (kl, ) (Entered: 01/27/2021) |
| 01/27/2021 | 10 | 40.7 KB | ORDER: Claire Noelle Feigenbaum's motion for leave to appear pro hac vice on behalf of Plaintiff Judah Leeder 7 is granted. Signed by the Honorable Martha M. Pacold on 1/27/2021. Mailed notice (aee, ) (Entered: 01/27/2021) |
| 01/27/2021 | 11 | 90.0 KB | ATTORNEY Appearance for Plaintiff Judah Leeder by Claire Noelle Feigenbaum (Feigenbaum, Claire Noelle) (Entered: 01/27/2021) |
| 01/29/2021 | 12 | 69.0 KB | ATTORNEY Appearance for Plaintiff Judah Leeder by Jamie Lynn Boyer (Boyer, Jamie) (Entered: 01/29/2021) |

| | | | |
|---|---|---|---|
| 01/29/2021 | 13 | 69.1 KB | ATTORNEY Appearance for Plaintiff Judah Leeder by Randall P. Ewing, Jr (Ewing, Randall) (Entered: 01/29/2021) |
| 01/29/2021 | 14 | 69.1 KB | ATTORNEY Appearance for Plaintiff Judah Leeder by Ryan Z. Cortazar (Cortazar, Ryan) (Entered: 01/29/2021) |
| 01/29/2021 | 15 | 69.1 KB | ATTORNEY Appearance for Plaintiff Judah Leeder by Michael E Klenov (Klenov, Michael) (Entered: 01/29/2021) |
| 02/01/2021 | 16 | 74.0 KB | ATTORNEY Appearance for Plaintiff Judah Leeder by Carol Lee O'Keefe (O'Keefe, Carol) (Entered: 02/01/2021) |
| 02/02/2021 | 17 | 48.1 KB | SUMMONS Returned Executed by Judah Leeder as to BHH Affiliates, LLC on 1/28/2021, answer due 2/18/2021. (Zelcs, George) (Entered: 02/02/2021) |
| 02/02/2021 | 18 | 48.4 KB | SUMMONS Returned Executed by Judah Leeder as to HSF Affiliates, LLC on 1/28/2021, answer due 2/18/2021. (Zelcs, George) (Entered: 02/02/2021) |
| 02/02/2021 | 19 | 52.4 KB | SUMMONS Returned Executed by Judah Leeder as to Keller Williams Realty, Inc. on 1/28/2021, answer due 2/18/2021. (Zelcs, George) (Entered: 02/02/2021) |
| 02/02/2021 | 20 | 48.8 KB | SUMMONS Returned Executed by Judah Leeder as to Realogy Holdings Corp. on 1/28/2021, answer due 2/18/2021. (Zelcs, George) (Entered: 02/02/2021) |
| 02/02/2021 | 21 | 48.2 KB | SUMMONS Returned Executed by Judah Leeder as to Re/Max LLC on 1/28/2021, answer due 2/18/2021. (Zelcs, George) (Entered: 02/02/2021) |
| 02/08/2021 | 22 | 145.5 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17905819. (Macgill, Robert) (Entered: 02/08/2021) |
| 02/08/2021 | 23 | 195.9 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17905832. (Ciulla, Matthew) (Entered: 02/08/2021) |
| 02/09/2021 | 24 | 50.2 KB | SUMMONS Returned Executed by Judah Leeder as to The Long & Foster Companies, Inc. on 1/28/2021, answer due 2/18/2021. (Zelcs, George) (Entered: 02/09/2021) |
| 02/09/2021 | 25 | 256.8 KB | SUMMONS Returned Executed by Judah Leeder as to HomeServices of America, Inc. on 1/29/2018, answer due 2/19/2018. (Zelcs, George) (Entered: 02/09/2021) |
| 02/10/2021 | 26 | 4.3 KB | MINUTE entry before the Honorable Martha M. Pacold: The parties are directed to file an initial joint status report by 3/5/2021. (rao, ) (Entered: 02/10/2021) |
| 02/10/2021 | 27 | 33.1 KB | ORDER: Robert D. MacGill's motion for leave to appear pro hac vice on behalf of Defendants HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and The Long & Foster Companies, Inc. 22 is granted. Matthew T. Ciulla's motion for leave to appear pro hac vice on behalf of Defendants HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC 23 is granted. Signed by the Honorable Martha M. Pacold on 2/10/2021. Mailed notice (jh, ) |

| | | | |
|---|---|---|---|
| | | | (Entered: 02/10/2021) |
| 02/10/2021 | 42 | 493.2 KB | ATTORNEY Appearance for Plaintiff Judah Leeder by Jonathon D. Byrer. (ph, ) (Entered: 02/23/2021) |
| 02/17/2021 | 28 | 2.2 MB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17935096. (Murray, Scott) (Entered: 02/17/2021) |
| 02/18/2021 | 29 | 59.4 KB | ATTORNEY Appearance for Defendant Re/Max LLC by Jeremy John Gray (Gray, Jeremy) (Entered: 02/18/2021) |
| 02/18/2021 | 30 | 59.5 KB | ATTORNEY Appearance for Defendant Re/Max LLC by Jeffrey A. LeVee (LeVee, Jeffrey) (Entered: 02/18/2021) |
| 02/18/2021 | 31 | 82.9 KB | ATTORNEY Appearance for Defendants BHH Affiliates, LLC, HSF Affiliates, LLC, HomeServices of America, Inc., The Long & Foster Companies, Inc. by Jay N Varon (Varon, Jay) (Entered: 02/18/2021) |
| 02/18/2021 | 32 | 122.6 KB | ATTORNEY Appearance for Defendant Realogy Holdings Corp. by Kenneth Michael Kliebard (Kliebard, Kenneth) (Entered: 02/18/2021) |
| 02/18/2021 | 33 | 7.4 KB | ATTORNEY Appearance for Defendants BHH Affiliates, LLC, HSF Affiliates, LLC, HomeServices of America, Inc., The Long & Foster Companies, Inc. by Anne Marie Coghlan (Coghlan, Anne) (Entered: 02/18/2021) |
| 02/18/2021 | 34 | 115.3 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Re/Max LLC (Gray, Jeremy) (Entered: 02/18/2021) |
| 02/18/2021 | 35 | 69.8 KB | ATTORNEY Appearance for Defendant Re/Max LLC by Odeshoo Hasdoo (Hasdoo, Odeshoo) (Entered: 02/18/2021) |
| 02/18/2021 | 36 | 495.2 KB | MOTION by Plaintiff Judah Leeder for extension of time to file answer regarding complaint 1 *Joint Agreed Upon Motion by All Parties to Extend Time to Respond to Complaint* (Zelcs, George) (Entered: 02/18/2021) |
| 02/18/2021 | 37 | 141.9 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Realogy Holdings Corp. (Kliebard, Kenneth) (Entered: 02/18/2021) |
| 02/19/2021 | 38 | 4.4 KB | MINUTE entry before the Honorable Martha M. Pacold: Joint motion to extend time to respond to complaint 36 is granted. All defendants are given until 4/20/2021 to answer or otherwise plead to Plaintiff's complaint. If any defendant files a motion to dismiss the complaint, then Plaintiff's response will be due by 6/4/2021. Any reply will be due by 7/6/2021. (rao, ) (Entered: 02/19/2021) |
| 02/19/2021 | 39 | 59.1 KB | ORDER: Scott E. Murray's motion for leave to appear pro hac vice on behalf of HomeServices of America, Inc., BHH Affiliates, LLC, HSF Affiliates, LLC, and The Long & Foster Companies, Inc. 28 is granted. Signed by the Honorable Martha M. Pacold on 2/19/2021. Mailed notice(aee, ) (Entered: 02/19/2021) |
| 02/21/2021 | 40 | 60.6 KB | ATTORNEY Appearance for Defendant The National Association of Realtors by Jack R. Bierig (Bierig, Jack) (Entered: 02/21/2021) |

| | | | |
|---|---|---|---|
| 02/21/2021 | 41 | 60.7 KB | ATTORNEY Appearance for Defendant The National Association of Realtors by Adam J. Diederich (Diederich, Adam) (Entered: 02/21/2021) |
| 03/05/2021 | 43 | 94.4 KB | WAIVER OF SERVICE returned executed by Judah Leeder. The National Association of Realtors waiver sent on 2/19/2021, answer due 4/20/2021. (Zelcs, George) (Entered: 03/05/2021) |
| 03/05/2021 | 44 | 147.8 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17992370. (Mahoney, Stacey Anne) (Entered: 03/05/2021) |
| 03/05/2021 | 45 | 683.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17992392. (Attachments: # 1 Exhibit)(Ethan, Glass) (Entered: 03/05/2021) |
| 03/05/2021 | 46 | 60.6 KB | ATTORNEY Appearance for Defendant Keller Williams Realty, Inc. by Timothy Ray (Ray, Timothy) (Entered: 03/05/2021) |
| 03/05/2021 | 47 | 58.3 KB | ORDER: Stacey Anne Mahoney's motion for leave to appear pro hac vice on behalf of Defendant Realogy Holdings Corp. 44 is granted. Ethan C. Glass's motion for leave to appear pro hac vice on behalf of Defendant The National Association of Realtors(R) 45 is granted. Signed by the Honorable Martha M. Pacold on 3/5/2021. Mailed notice (aee, ) (Entered: 03/05/2021) |
| 03/05/2021 | 48 | 61.0 KB | STATUS Report *Initial Joint Status Report* by Judah Leeder (Zelcs, George) (Entered: 03/05/2021) |
| 03/06/2021 | 49 | 197.7 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17996418. (Kully, David) (Entered: 03/06/2021) |
| 03/08/2021 | 50 | 198.2 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by BHH Affiliates, LLC, HSF Affiliates, LLC, HomeServices of America, Inc., The Long & Foster Companies, Inc. (Coghlan, Anne) (Entered: 03/08/2021) |
| 03/08/2021 | 51 | 1.8 MB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-17998268. (Keas, Jennifer) (Entered: 03/08/2021) |
| 03/08/2021 | 52 | 60.1 KB | ORDER: David C. Kully's motion for leave to appear pro hac vice on behalf of Defendant Keller Williams Realty, Inc. 49 is granted. Jennifer M. Keas's motion for leave to appear pro hac vice on behalf of Defendants BHH Affiliates, LLC, HSF Affiliates, LLC, HomeServcies of America, Inc., and The Long & Foster Companies, Inc. 51 is granted. Signed by the Honorable Martha M. Pacold on 3/8/2021. Mailed notice (aee, ) (Entered: 03/09/2021) |
| 03/11/2021 | 53 | 140.2 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18011153. (Hayes, Anna) (Entered: 03/11/2021) |
| 03/11/2021 | 54 | 155.5 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18013073. (Bonanno, Michael) (Entered: 03/11/2021) |
| 03/12/2021 | 55 | 4.3 KB | MINUTE entry before the Honorable Martha M. Pacold: Telephonic status hearing set for 3/23/2021 at 10:00 a.m. Dial Toll-Free Call-in Number: (888) 684-8852; followed by the Conference Access Code: |

| | | | |
|---|---|---|---|
| | | | 9482028#. (rao, ) (Entered: 03/12/2021) |
| 03/12/2021 | 56 | 58.3 KB | ORDER: Anna P. Hayes's motion for leave to appear pro hac vice on behalf of Defendant Keller Williams Realty, Inc. 53 is granted. Michael Bonanno's motion for leave to appear pro hac vice on behalf of Defendant The National Association of Realtors(R) 54 is granted. Signed by the Honorable Martha M. Pacold on 3/12/2021. Mailed notice (aee, ) (Entered: 03/12/2021) |
| 03/17/2021 | 57 | 4.5 KB | MINUTE entry before the Honorable Martha M. Pacold:The status hearing set for 3/23/2021 will begin at 10:30 a.m. (Time change only). Dial Toll-Free Call-in Number: (888) 684-8852; followed by the Conference Access Code: 9482028#. Persons granted remote access to proceedings are reminded of the general prohibition against recording and rebroadcasting of court proceedings. Violations of these prohibitions may result in sanctions deemed necessary by the Court. Participants are directed to keep their device muted when they are not speaking. (rao, ) (Entered: 03/17/2021) |
| 03/23/2021 | 58 | 4.2 KB | MINUTE entry before the Honorable Martha M. Pacold: Telephonic status hearing held on 3/23/2021. (rao, ) (Entered: 03/23/2021) |
| 03/24/2021 | 59 | 72.5 KB | TRANSCRIPT OF PROCEEDINGS held on 3/23/21 before the Honorable Martha M. Pacold. Order Number: 40396. Court Reporter Contact Information: Kathleen_Fennell@iilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 4/14/2021. Redacted Transcript Deadline set for 4/26/2021. Release of Transcript Restriction set for 6/22/2021. (Fennell, Kathleen) (Entered: 03/24/2021) |
| 03/24/2021 | 60 | 5.3 KB | ATTORNEY Appearance for Defendants BHH Affiliates, LLC, HSF Affiliates, LLC, HomeServices of America, Inc., The Long & Foster Companies, Inc. by Jennifer M Keas (Keas, Jennifer) (Entered: 03/24/2021) |
| 04/20/2021 | 61 | 1.0 MB | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant The National Association of Realtors *on behalf of Defendants* (Attachments: # 1 Memorandum in Support of Motion)(Bierig, Jack) (Entered: 04/20/2021) |
| 04/20/2021 | 62 | 336.3 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by The National Association of Realtors re MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendant The National Association of Realtors *on behalf of Defendants* 61 (Bierig, Jack) (Entered: 04/20/2021) |
| 04/21/2021 | 63 | 4.3 KB | MINUTE entry before the Honorable Martha M. Pacold: As required by this court's motion procedures, which are posted on the court's website, |

| | | | |
|---|---|---|---|
| | | | the parties shall confer and submit a joint proposed briefing schedule on the motion to dismiss 61 , no later than 4/23/2021. (rao, ) (Entered: 04/21/2021) |
| 04/21/2021 | 64 | 4.3 KB | MINUTE entry before the Honorable Martha M. Pacold: The minute order entered earlier today 63 is stricken as it was entered in error. The briefing schedule 38 entered on 2/19/2021 will stand. (rao, ) (Entered: 04/21/2021) |
| 06/04/2021 | 65 | 362.6 KB | MEMORANDUM by Judah Leeder in Opposition to Motion to Dismiss for Failure to State a Claim 61 (Ewing, Randall) (Entered: 06/04/2021) |
| 06/21/2021 | 66 | 323.7 KB | NOTICE by Kenneth Michael Kliebard of Change of Address (Kliebard, Kenneth) (Entered: 06/21/2021) |
| 07/06/2021 | 67 | 190.9 KB | REPLY by Defendant The National Association of Realtors to Motion to Dismiss for Failure to State a Claim 61 *on behalf of Defendants* (Bierig, Jack) (Entered: 07/06/2021) |
| 08/26/2021 | 68 | 280.2 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-18607470. (Lada, Jennifer) (Entered: 08/26/2021) |
| 08/27/2021 | 69 | 35.4 KB | ORDER: Jennifer Lada's motion for leave to appear pro hac vice on behalf of defendant Keller Williams Realty, Inc. 68 is granted. Signed by the Honorable Martha M. Pacold on 8/27/2021. Mailed notice. (kl, ) (Entered: 08/27/2021) |
| 11/05/2021 | 70 | 301.8 KB | WITHDRAWING *Jamie L. Boyer* as counsel for Plaintiff Judah Leeder and substituting Randall P. Ewing, Jr as counsel of record (Ewing, Randall) (Entered: 11/05/2021) |
| 11/08/2021 | 71 | 4.3 KB | MINUTE entry before the Honorable Martha M. Pacold: Attorney Jamie Lynn Boyer terminated pursuant to the Notice of Withdrawal of Attorney 70 filed by plaintiff on 11/5/21. (rao, ) (Entered: 11/08/2021) |
| 01/07/2022 | 72 | 323.0 KB | WITHDRAWING *Jonathon D. Byrer* as counsel for Plaintiff Judah Leeder and substituting Randall P. Ewing, Jr as counsel of record (Ewing, Randall) (Entered: 01/07/2022) |
| 02/04/2022 | 73 | 95.9 KB | MOTION by Attorney Jeremy J. Gray to withdraw as attorney for Re/ Max LLC. No party information provided (Hasdoo, Odeshoo) (Entered: 02/04/2022) |
| 02/04/2022 | 74 | 4.3 KB | MINUTE entry before the Honorable Martha M. Pacold: Motion to withdraw the appearance of Jeremy J. Gray as counsel for Defendant RE/MAX, LLC 73 is granted. Attorney Jeremy John Gray terminated. (rao, ) (Entered: 02/04/2022) |
| 02/08/2022 | 75 | 140.5 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number 0752-19137013. (Enson, Eric) (Entered: 02/08/2022) |
| 02/09/2022 | 76 | 35.6 KB | ORDER: Eric P. Enson's motion for leave to appear pro hac vice on behalf of Re/Max LLC 75 is granted. Signed by the Honorable Martha M. Pacold on 2/9/2022. Mailed notice (aee, ) (Entered: 02/09/2022) |

| | | | |
|---|---|---|---|
| 03/01/2022 | 77 | 92.0 KB | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Andrea R. Wood for all further proceedings to Local Rule 40.4. Honorable Martha M. Pacold no longer assigned to the case. Signed by Executive Committee on 3/1/22. (aee, ) (Entered: 03/02/2022) |
| 03/01/2022 | | | (Court only) Related cases: Create association to 1:19-cv-01610. (aee, ) (Entered: 03/02/2022) |
| 04/13/2022 | 78 | 4.7 KB | MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing set for 5/4/2022 at 10:15 AM. The Court expects to rule on the pending motion to dismiss 41 within the next week, and the purpose of the hearing will be discuss post-ruling follow up. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, ) (Entered: 04/13/2022) |
| 04/26/2022 | 79 | 13.7 KB | NOTICE by Ethan Charles Glass of Change of Address (Glass, Ethan) (Entered: 04/26/2022) |
| 05/02/2022 | 80 | 4.4 KB | MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion and Order, Defendants' joint motion to dismiss 61 is granted. The class action complaint is dismissed without prejudice. The Court will set a deadline for the filing of an amended class action complaint, if Plaintiff desires to do so, at the telephonic status hearing on 5/4/2022. Mailed notice (aw,) (Entered: 05/02/2022) |
| 05/02/2022 | 81 | 282.1 KB | MEMORANDUM Opinion and Order signed by the Honorable Andrea R. Wood on 5/2/2022. Mailed notice (aw,) (Entered: 05/02/2022) |
| 05/04/2022 | 82 | 4.8 KB | MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 5/4/2022. Plaintiff shall file any amended complaint by 7/6/2022. Defendants shall have until 9/7/2022 to answer or otherwise respond to any amended complaint. If Plaintiff elects not to file an amended complaint, final judgment will be entered and the case will be closed. Telephonic status hearing set for 7/12/2022 at 10:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including |

| | | | |
|---|---|---|---|
| | | | removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, ) (Entered: 05/06/2022) |
| 05/10/2022 | 83 | 115.2 KB | NOTICE by Eddie Hasdoo of Change of Address (Hasdoo, Eddie) (Entered: 05/10/2022) |
| 07/06/2022 | 84 | 808.4 KB | AMENDED complaint by Mya Batton, Do Yeon Kim, Daniel Parsons, Anna James, Aaron Bolton, Theodore Bisbicos, Michael Brace, James Mullis against All Defendants and terminating Judah Leeder (individually and on behalf of all others similarly situated) (Cortazar, Ryan) (Entered: 07/06/2022) |
| 07/11/2022 | 85 | 4.7 KB | MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs have filed an amended complaint 84 . Pursuant to the order dated 5/4/2022 82 , Defendants have until 9/7/2022 to answer or otherwise respond to the amended complaint. Telephonic status hearing set for 7/12/2022 is stricken and reset for 9/13/2022 at 9:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (dal, ) (Entered: 07/11/2022) |
| 07/26/2022 | 86 | 340.3 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Realogy Holdings Corp. *(Amended)* (Kliebard, Kenneth) (Entered: 07/26/2022) |
| 08/02/2022 | 87 | 298.8 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19705388. (Wright, Elizabeth) (Entered: 08/02/2022) |
| 08/04/2022 | 88 | 183.0 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-19712669. (Bansal, Deepti) (Entered: 08/04/2022) |
| 08/25/2022 | 89 | 4.2 KB | MINUTE entry before the Honorable Andrea R. Wood: Motions to appear pro hac vice 87 and 88 are granted. Mailed notice (lma, ) (Entered: 08/25/2022) |
| 09/02/2022 | 90 | 167.8 KB | MOTION by Defendant The National Association of Realtors for leave to file excess pages (Glass, Ethan) (Entered: 09/02/2022) |
| 09/06/2022 | 91 | 4.3 KB | MINUTE entry before the Honorable Andrea R. Wood: Defendant The National Association of Realtors' motion for leave to file excess pages 90 is granted. Mailed notice (lma, ) (Entered: 09/06/2022) |
| 09/07/2022 | 92 | 335.7 KB | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants The National Association of Realtors, Realogy Holdings Corp., Keller Williams Realty, Inc., Re/Max LLC *12(b)(6)*, MOTION by Defendants The National Association of Realtors, Realogy Holdings |

| | | | |
|---|---|---|---|
| | | | Corp., Keller Williams Realty, Inc., Re/Max LLC to dismiss for lack of jurisdiction *12(b)(1)* (Attachments: # 1 Memorandum in Support)(Glass, Ethan) (Entered: 09/07/2022) |
| 09/07/2022 | 93 | 1.6 MB | MOTION by Defendants The Long & Foster Companies, Inc., HSF Affiliates, LLC, HomeServices of America, Inc., BHH Affiliates, LLC to dismiss for lack of jurisdiction (Attachments: # 1 Memo in Support, # 2 Exhibit A - Strandmo, # 3 Exhibit B - Warner, # 4 Exhibit C - DAmbrosia, # 5 Exhibit D - Peltier)(Macgill, Robert) (Entered: 09/07/2022) |
| 09/12/2022 | 94 | 4.7 KB | MINUTE entry before the Honorable Andrea R. Wood: At the emailed request of the parties, the Court sets the following briefing schedule for Defendants' motions to dismiss 92 and 93 : Plaintiffs shall file a response by 10/21/2022 and Defendants shall file a reply by 11/22/2022. Telephonic status hearing set for 9/13/2022 is stricken and reset for 1/25/2023 at 9:00AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, ) (Entered: 09/12/2022) |
| 10/20/2022 | 95 | 86.2 KB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons for leave to file excess pages (Cortazar, Ryan) (Entered: 10/20/2022) |
| 10/21/2022 | 96 | 4.3 KB | MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs' agreed motion for leave to file excess pages 95 is granted. Mailed notice (lma, ) (Entered: 10/21/2022) |
| 10/21/2022 | 97 | 1.2 MB | RESPONSE by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsonsin Opposition to MOTION by Defendants The Long & Foster Companies, Inc., HSF Affiliates, LLC, HomeServices of America, Inc., BHH Affiliates, LLC to dismiss for lack of jurisdiction 93 (Attachments: # 1 Declaration Declaration of Ryan Z. Cortazar, # 2 Exhibit Ex. 1)(Cortazar, Ryan) (Entered: 10/21/2022) |
| 10/21/2022 | 98 | 506.6 KB | RESPONSE by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsonsin Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Defendants The National Association of Realtors, Realogy Holdings Corp., Keller Williams Realty, Inc., Re/Max LLC *12(b)(6)*MOTION by Defendants The National Association of Realtors, Realogy Holdings Corp., Keller Williams Realty, Inc., Re/Max LLC to dismiss for lack of jurisdiction *12(b)(1)* 92 (Attachments: # 1 Exhibit A) |

| | | | |
|---|---|---|---|
| | | | (Levis, Christian) (Entered: 10/21/2022) |
| 11/22/2022 | 99 | 345.1 KB | REPLY by Defendants BHH Affiliates, LLC, HSF Affiliates, LLC, HomeServices of America, Inc., The Long & Foster Companies, Inc. to motion to dismiss/lack of jurisdiction, 93 (Attachments: # 1 Exhibit A - Decl)(Macgill, Robert) (Entered: 11/22/2022) |
| 11/22/2022 | 100 | 217.3 KB | REPLY by Defendants Keller Williams Realty, Inc., Re/Max LLC, Realogy Holdings Corp., The National Association of Realtors to Motion to Dismiss for Failure to State a Claim,, motion to dismiss/lack of jurisdiction, 92 , response in opposition to motion,, 98 (Glass, Ethan) (Entered: 11/22/2022) |
| 12/29/2022 | 101 | 84.1 KB | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Executive Committee on 12/29/2022: Mailed notice. (tg, ) (Entered: 12/29/2022) |
| 01/25/2023 | 102 | 4.7 KB | MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 1/25/2023. Defendants' motions to dismiss 92 and 93 are taken under advisement as fully briefed for a written ruling based on the record. Telephonic status hearing set for 3/29/2023 at 10:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, ) (Entered: 01/26/2023) |
| 02/08/2023 | 103 | 64.7 KB | TRANSCRIPT OF PROCEEDINGS held on January 25, 2023 before the Honorable Andrea R. Wood. Order Number: 45070. Court Reporter Contact Information: Brenda S. Tannehill, CSR, RMR, CRR, brenda_tannehill@ilnd.uscourts.gov. |

| | | | |
|---|---|---|---|
| | | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/1/2023. Redacted Transcript Deadline set for 3/13/2023. Release of Transcript Restriction set for 5/9/2023. (Tannehill, Brenda) (Entered: 02/08/2023) |
| 03/27/2023 | 104 | 4.6 KB | MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing set for 3/29/2023 is stricken and reset to 5/11/2023 at 9:45 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, ) (Entered: 03/27/2023) |
| 05/11/2023 | 105 | 4.6 KB | MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing set for 5/11/2023 is stricken and reset to 6/13/2023 at 9:15 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. (aw,) (Entered: 05/11/2023) |
| 06/02/2023 | 106 | 748.6 KB | EXECUTIVE COMMITTEE ORDER: GENERAL ORDER 23-0023: IT APPEARING THAT, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable LaShonda A Hunt; therefore IT IS HEREBY ORDERED that the attached list of 282 cases be reassigned to the Honorable Lashonda A Hunt; and IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable LaShonda A Hunt's webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a |

| | | | |
|---|---|---|---|
| | | | new district judge for twelve months from the date of this Order; and IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable LaShonda A Hunt to the Court's civil case assignment system during the next business day, so that she shall receive a full share of such cases; and IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Lashonda A Hunt to the Court's criminal case assignment system ninety (90) days so that Judge Hunt shall thereafter receive a full share of such cases. Case reassigned to the Honorable LaShonda A. Hunt for all further proceedings. Honorable Andrea R. Wood no longer assigned to the case. Signed by Honorable Rebecca R. Pallmeyer on 6/02/2023.(tg, ) (Entered: 06/02/2023) |
| 06/05/2023 | 107 | 100.7 KB | EXECUTIVE COMMITTEE ORDER: It appearing that General Order 23-0023 was entered on June 2, 2023, identifying the cases to form the initial calendar of the Hon. LaShonda A. Hunt; therefore It is hereby ordered that the Clerk of Court shall reassign the list of cases below from each district judge that were reassigned in error to Judge Hunt; and It is further ordered that the Clerk of Court shall reassign the replacement cases that were identified from each judges' secondary list to Judge Hunt. Case reassigned to the Honorable Andrea R. Wood for all further proceedings. Honorable LaShonda A. Hunt no longer assigned to the case. Signed by Honorable Rebecca R. Pallmeyer on 06/05/2023. (lw, ) (Entered: 06/09/2023) |
| 06/13/2023 | 108 | 4.6 KB | MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 6/13/2023 and continued to 7/18/2023 at 10:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, ) (Entered: 06/14/2023) |
| 06/22/2023 | 109 | 61.4 KB | TRANSCRIPT OF PROCEEDINGS held on June 13, 2023 before the Honorable Andrea R. Wood. Order Number: 46104. Court Reporter Contact Information: Brenda S. Tannehill, CSR, RMR, CRR, brenda_tanehill@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/13/2023. Redacted Transcript Deadline set for |

| | | | |
|---|---|---|---|
| | | | 7/24/2023. Release of Transcript Restriction set for 9/20/2023. (Tannehill, Brenda) (Entered: 06/22/2023) |
| 07/17/2023 | 110 | 4.6 KB | MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing set for 7/18/2023 is stricken and reset for 8/15/2023 at 10:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, ) (Entered: 07/17/2023) |
| 08/14/2023 | 111 | 4.6 KB | MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing set for 8/15/2023 is stricken and reset for 9/21/2023 at 10:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, ) (Entered: 08/14/2023) |
| 09/21/2023 | 112 | 4.9 KB | MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 9/21/2023. As discussed on the record, the Court's ruling on the pending motions to dismiss will be entered in short order. By 10/10/2023, the parties shall meet and confer and file a joint status report setting a post-ruling case schedule. The Clerk is instructed to: (1) alter the case caption to Batton v. The National Association of Realtors et al; and (2) update the docket to reflect Anywhere Real Estate, Inc. formally known as Realogy Holdings Corp. Telephonic status hearing set for 11/17/2023 at 9:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, |

| | | | |
|---|---|---|---|
| | | | ) (Entered: 09/26/2023) |
| 10/05/2023 | 113 | 94.7 KB | TRANSCRIPT OF PROCEEDINGS held on September 21, 2023 before the Honorable Andrea R. Wood. Order Number: 47016. Court Reporter Contact Information: Brenda S. Tannehill, CSR, RMR, CRR, brenda_tannehill@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/26/2023. Redacted Transcript Deadline set for 11/6/2023. Release of Transcript Restriction set for 1/3/2024. (Tannehill, Brenda) (Entered: 10/05/2023) |
| 10/10/2023 | 114 | 307.6 KB | STATUS Report *[Joint]* by Anywhere Real Estate, Inc., Keller Williams Realty, Inc., Re/Max LLC, The National Association of Realtors<br><br>(Attachments: # 1 Exhibit A)(Kliebard, Kenneth) (Entered: 10/10/2023) |
| 11/10/2023 | 115 | 230.5 KB | STATUS Report *[JOINT]* by Anywhere Real Estate, Inc.<br><br>(Kliebard, Kenneth) (Entered: 11/10/2023) |
| 11/17/2023 | 116 | 4.4 KB | MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/17/2023. As stated on the record, within 14 days of the Court's ruling on the pending motions to dismiss, the parties shall meet and confer and file a joint status report regarding a post-ruling case schedule. In Court status hearing set for 1/23/2024 at 11:00 AM in courtroom 2141. Mailed notice (lma, ) (Entered: 11/22/2023) |
| 12/28/2023 | 117 | 101.4 KB | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Executive Committee on 12/28/2023: Mailed notice. (tg, ) (Entered: 12/28/2023) |

| | | | |
|---|---|---|---|
| 01/10/2024 | 118 | 1.5 MB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis to reassign case *Unopposed Motion to Relate and Reassign Case Pursuant to Local Rule 40.4*<br><br>(Attachments: # 1 Exhibit A)(Ewing, Randall) (Entered: 01/10/2024) |
| 01/19/2024 | 119 | 4.6 KB | MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing set for 1/23/2024 at 11:00 AM is converted to a telephonic hearing. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, ) (Entered: 01/19/2024) |
| 01/22/2024 | 120 | 122.1 KB | ATTORNEY Appearance for Defendant Anywhere Real Estate, Inc. by Jason Leland Chrestionson (Chrestionson, Jason) (Entered: 01/22/2024) |
| 01/23/2024 | 122 | 4.5 KB | MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 1/23/2024. As stated on the record, within 7 days of the Court's ruling on the pending motions to dismiss, the parties shall meet and confer regarding an agreed responsive pleading date for all Defendants remaining in the case and jointly email the courtroom deputy with the agreed upon deadline. By 2/23/2024, the parties shall file a joint status report proposing a post-ruling case schedule and identifying any agenda items the parties would like to discuss at the status hearing. In Court status hearing set for 2/28/2024 at 1:30 PM. Mailed notice (lma, ) (Entered: 01/24/2024) |
| 01/24/2024 | 121 | 101.2 KB | TRANSCRIPT OF PROCEEDINGS held on January 23, 2024 before the Honorable Andrea R. Wood. Order Number: 47837. Court Reporter Contact Information: Brenda S. Varney, CSR, RMR, CRR, brenda_varney@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/14/2024. Redacted Transcript Deadline set for 2/26/2024. Release of Transcript Restriction set for 4/23/2024. (Tannehill, Brenda) (Entered: 01/24/2024) |

| | | | |
|---|---|---|---|
| 01/24/2024 | 123 | 4.4 KB | MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs' unopposed motion to relate and reassign case pursuant to Local Rule 40.4 118 is granted. The Court finds case number 1:23-cv-15618, Batton et al v. Compass, Inc. et al, to be related to this matter under LR 40.4 and should be reassigned to the calendar of Judge Wood. The case shall be forwarded to the Executive Committee for reassignment. Mailed notice (lma, ) (Entered: 01/24/2024) |
| 02/20/2024 | 124 | 4.6 KB | MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion and Order, Defendants' motion to dismiss the Amended Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) 92 is granted in part and denied in part. The Tennessee antitrust and consumer protection law claims, the Kansas Consumer Protection Act claim, and the claim seeking injunctive relief for violations of § 1 of the Sherman Act are dismissed without prejudice. Defendants HomeServices of America, Inc., HSF Affiliates, LLC, Long & Foster Companies, Inc., and BHH Affiliates, LLC's motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) 93 is granted. HomeServices Defendants are dismissed as parties to this case, without prejudice. Mailed notice (lma, ) (Entered: 02/20/2024) |
| 02/20/2024 | 125 | 243.2 KB | MEMORANDUM Opinion and Order. Signed by the Honorable Andrea R. Wood on 2/20/2024. Mailed notice (lma, ) (Entered: 02/20/2024) |
| 02/23/2024 | 126 | 212.1 KB | STATUS Report *Joint Initial Status Report* by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons<br><br>(Ewing, Randall) (Entered: 02/23/2024) |
| 02/28/2024 | 128 | 5.0 KB | MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing held on 2/28/2024. As stated on the record, Defendants shall file their answer to Plaintiffs' amended complaint by 4/15/2024. Certain Defendants informed the Court that they may desire to file a motion to dismiss the case pursuant to Fed. R. Civ. P. 12(b)(2). As the Court has already considered two motions to dismiss and issued comprehensive opinions, and at least one Defendant acknowledges that it has no basis to move for dismissal under Fed. R. Civ. 12(b)(2), the Court sees no reason to stay discovery or pleading in anticipation of additional motions to dismiss. Accordingly, Defendants are advised that they should answer the operative complaint regardless of whether they also file a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2). The Court hereby confirms that proceeding with an answer, as required by the Court, will not waive any personal jurisdiction argument that a Defendant has available to that Defendant at the time it filed its answer. Relatedly, Plaintiff will retain any argument that Plaintiff may have that the Defendant has waived personal jurisdiction based on its conduct prior to the filing of the answer. The parties shall serve Fed. R. Civ. P. 26(a)(1) initial disclosures by 4/15/2024. By 4/26/2024, the parties shall file a joint status report regarding any agreements the parties were able to reach regarding the scope of the initial discovery, including identifying any disagreements on the production of materials in this case that have already been |

| | | | |
|---|---|---|---|
| | | | produced in other cases. In Court status hearing set for 5/7/2024 at 1:30 PM. Mailed notice (lma, ) (Entered: 03/05/2024) |
| 02/29/2024 | 127 | 307.0 KB | TRANSCRIPT OF PROCEEDINGS held on February 28, 2024 before the Honorable Andrea R. Wood. Order Number: 48156, 48155. Court Reporter Contact Information: Brenda S. Varney, CSR, RMR, CRR, brenda_varney@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/21/2024. Redacted Transcript Deadline set for 4/1/2024. Release of Transcript Restriction set for 5/29/2024. (Tannehill, Brenda) (Entered: 02/29/2024) |
| 04/15/2024 | 129 | 407.2 KB | MOTION by Defendant Keller Williams Realty, Inc. to dismiss for lack of jurisdiction<br><br>(Kully, David) (Entered: 04/15/2024) |
| 04/15/2024 | 130 | 4.4 MB | MEMORANDUM by Keller Williams Realty, Inc. in support of motion to dismiss/lack of jurisdiction 129 (Attachments: # 1 Exhibit A -- Declaration of Debbie Gardner, # 2 Exhibit B -- Declaration of Nick Waltman, # 3 Exhibit C -- Declaration of Timothy Ray)(Kully, David) (Entered: 04/15/2024) |
| 04/15/2024 | 131 | 247.1 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21858114.<br><br>(Strauss, Samantha) (Entered: 04/15/2024) |
| 04/15/2024 | 132 | 246.3 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21858162.<br><br>(Mejia, Beatriz) (Entered: 04/15/2024) |
| 04/15/2024 | 133 | 221.8 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21858199.<br><br>(Topol, Sarah) (Entered: 04/15/2024) |
| 04/15/2024 | 134 | 746.7 KB | ANSWER to amended complaint by Keller Williams Realty, Inc.(Kully, David) (Entered: 04/15/2024) |
| 04/15/2024 | 135 | 176.3 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Anywhere Real Estate, Inc. *(Amended)* (Kliebard, Kenneth) (Entered: 04/15/2024) |
| 04/15/2024 | 136 | 260.0 KB | ANSWER to amended complaint by The National Association of Realtors(Glass, Ethan) (Entered: 04/15/2024) |

| | | | |
|---|---|---|---|
| 04/15/2024 | 137 | 184.0 KB | MOTION by Defendant Anywhere Real Estate, Inc. to dismiss for lack of jurisdiction<br><br>(Kliebard, Kenneth) (Entered: 04/15/2024) |
| 04/15/2024 | 138 | 1.4 MB | MEMORANDUM by Anywhere Real Estate, Inc. in support of motion to dismiss/lack of jurisdiction 137 (Attachments: # 1 Declaration of Susan Yannaccone)(Kliebard, Kenneth) (Entered: 04/15/2024) |
| 04/15/2024 | 139 | 424.4 KB | MOTION by Defendant Re/Max LLC to dismiss for lack of jurisdiction<br><br>(Attachments: # 1 Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, # 2 Declaration in Support of Motion to Dismiss for Lack of Personal Jurisdiction)(Hasdoo, Eddie) (Entered: 04/15/2024) |
| 04/15/2024 | 140 | 873.6 KB | ANSWER to amended complaint *and Affirmative Defenses* by Anywhere Real Estate, Inc.(Kliebard, Kenneth) (Entered: 04/15/2024) |
| 04/15/2024 | 141 | 634.8 KB | *Affirmative Defenses and* ANSWER to amended complaint by Re/Max LLC(Hasdoo, Eddie) (Entered: 04/15/2024) |
| 04/16/2024 | 142 | 221.9 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21859727.<br><br>(Inglis, Georgina) (Entered: 04/16/2024) |
| 04/16/2024 | 143 | 121.0 KB | ATTORNEY Appearance for Defendant Anywhere Real Estate, Inc. by Heather Jean Nelson (Nelson, Heather) (Entered: 04/16/2024) |
| 04/16/2024 | 144 | 4.3 KB | MINUTE entry before the Honorable Andrea R. Wood: Motions to appear pro hac vice 131 , 132 , 133 and 142 are granted. Mailed notice (lma, ) (Entered: 04/16/2024) |
| 04/23/2024 | 145 | 269.8 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21884883.<br><br>(Khanna, Surya) (Entered: 04/23/2024) |
| 04/24/2024 | 146 | 4.2 KB | MINUTE entry before the Honorable Andrea R. Wood: Motion to appear pro hac vice 145 is granted. Mailed notice (lma, ) (Entered: 04/24/2024) |
| 04/26/2024 | 147 | 158.0 KB | STATUS Report *Joint* by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons<br><br>(Ewing, Randall) (Entered: 04/26/2024) |
| 04/30/2024 | 148 | 291.5 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21914115.<br><br>(McEnroe, William) (Entered: 04/30/2024) |
| 05/01/2024 | 149 | 307.6 KB | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 150, receipt number AILNDC-21918671. |

| | | | |
|---|---|---|---|
| | | | (Cravens, William) (Entered: 05/01/2024) |
| 05/03/2024 | 150 | 4.2 KB | MINUTE entry before the Honorable Andrea R. Wood: Motions to appear pro hac vice 148 and 149 are granted. Mailed notice (lma, ) (Entered: 05/03/2024) |
| 05/07/2024 | 155 | 5.7 KB | MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing held on 5/7/2024 and continued to 8/1/2024 at 1:30 PM. The Court enters the following agreed upon case schedule. Substantial completion of production of documents responsive to requests for production shall be completed by 12/20/2024. Plaintiffs to file their motion for class certification and supporting expert reports by 6/20/2025. Defendants to file their responses to Plaintiffs' class certification motion and supporting expert reports, and Daubert motions directed to Plaintiffs' class certification experts by 9/19/2025. Plaintiffs to file their reply in support of class certification and supporting rebuttal expert reports, responses to Defendants' Daubert motions regarding Plaintiffs' class certification experts, and Daubert motions regarding Defendants' class certification experts by 11/19/2025. Defendants to file their replies in support of their Daubert motions regarding Plaintiff's class certification experts and responses to Plaintiffs' Daubert motions regarding Defendants' class certification experts by 1/19/2026. Plaintiffs to file their replies in support of their Daubert motions by 2/19/2026. Fact discovery shall be completed by 5/2/2026. Any motion for entry of a protective order shall be filed by 5/28/2024. By 7/2/2024, the parties shall meet and confer and file a joint status report setting forth: (1) an update on the progress of discovery, including progress toward an ESI protocol and any agreements the parties were able to reach regarding the scope of the initial discovery; and (2) any other issues of concern that the parties would like to bring to the Court's attention. In Court status hearing set for 8/1/2024 at 1:30 PM. A telephonic status hearing is also set for 5/8/2024 at 3:00 PM to address Plaintiffs' anticipated motion for a temporary restraining order. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, ) (Entered: 05/08/2024) |
| 05/08/2024 | 151 | 17.8 MB | DECLARATION of Randall P. Ewing, Jr. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Forde, Claire Noelle) (Entered: 05/08/2024) |

| | | | |
|---|---|---|---|
| 05/08/2024 | 152 | 189.1 KB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons for temporary restraining order *and Preliminary Injunction*<br><br>(Forde, Claire Noelle) (Entered: 05/08/2024) |
| 05/08/2024 | 153 | 287.5 KB | TRANSCRIPT OF PROCEEDINGS held on May 7, 2024 before the Honorable Andrea R. Wood. Court Reporter Contact Information: Brenda S. Varney, CSR, RMR, CRR, brenda_varney@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/29/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/6/2024. (Tannehill, Brenda) (Entered: 05/08/2024) |
| 05/08/2024 | 154 | 113.2 KB | ORDER DENYING PLAINITFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND STRIKING MOTION HEARING. Signed by the Honorable Andrea R. Wood on 5/8/2024. Mailed notice (lma, ) (Entered: 05/08/2024) |
| 05/28/2024 | 156 | 324.0 KB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons for protective order *Joint Motion for Entry of Agreed Protective Order*<br><br>(Attachments: # 1 Text of Proposed Order Agreed Protective Order) (Ewing, Randall) (Entered: 05/28/2024) |
| 05/30/2024 | 157 | 268.5 KB | RESPONSE by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsonsin Opposition to MOTION by Defendant Anywhere Real Estate, Inc. to dismiss for lack of jurisdiction<br><br>137 , MOTION by Defendant Re/Max LLC to dismiss for lack of jurisdiction<br><br>139 , MOTION by Defendant Keller Williams Realty, Inc. to dismiss for lack of jurisdiction<br><br>129 (Ewing, Randall) (Entered: 05/30/2024) |
| 06/04/2024 | 158 | 4.7 KB | MINUTE entry before the Honorable Andrea R. Wood: The parties' joint motion for entry of agreed protective order 156 is set for a telephonic motion hearing on 6/13/2024 at 10:15 AM. If the Court determines that a ruling can be made on the motion without the hearing, an order will be entered prior to the date striking the hearing. To ensure public access to court proceedings, members of the public and media may call in to listen |

| | | | |
|---|---|---|---|
| | | | to telephonic hearings. The call-in number is (888) 557-8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, ) (Entered: 06/04/2024) |
| 06/12/2024 | 159 | 167.8 KB | STIPULATION *to Set Deadline for Defendants to File Reply Brief(s) in Support of Motions to Dismiss* (Hasdoo, Eddie) (Entered: 06/12/2024) |
| 06/13/2024 | 160 | 4.4 KB | MINUTE entry before the Honorable Andrea R. Wood: Consistent with the parties' joint stipulation to set deadline for Defendants to file reply brief(s) in support of motions to dismiss 159 , Defendants shall file their replies in support of the pending motions to dismiss by 7/1/2024. The parties' joint motion for entry of agreed protective order 156 is granted without a hearing. Enter Agreed Protective Order. Telephonic motion hearing set for 6/13/2024 is stricken; parties need not appear. Mailed notice (lma, ) (Entered: 06/13/2024) |
| 06/13/2024 | 161 | 193.2 KB | AGREED PROTECTIVE ORDER. Signed by the Honorable Andrea R. Wood on 6/13/2024. Mailed notice (lma, ) (Entered: 06/13/2024) |
| 06/18/2024 | 162 | 266.6 KB | MOTION by Defendants Anywhere Real Estate, Inc., Keller Williams Realty, Inc., Re/Max LLC to stay *[Joint Motion for a Partial Stay of Proceedings]*<br><br>(Kliebard, Kenneth) (Entered: 06/18/2024) |
| 07/01/2024 | 163 | 360.5 KB | REPLY by Anywhere Real Estate, Inc., Keller Williams Realty, Inc., Re/Max LLC to MOTION by Defendant Anywhere Real Estate, Inc. to dismiss for lack of jurisdiction<br><br>137 , MOTION by Defendant Re/Max LLC to dismiss for lack of jurisdiction<br><br>139 , MOTION by Defendant Keller Williams Realty, Inc. to dismiss for lack of jurisdiction<br><br>129 (Kliebard, Kenneth) (Entered: 07/01/2024) |
| 07/02/2024 | 164 | 114.4 KB | MOTION by Attorney Eric P. Enson to withdraw as attorney for Re/Max LLC. No party information provided<br><br>(Hasdoo, Eddie) (Entered: 07/02/2024) |
| 07/02/2024 | 165 | 179.5 KB | STATUS Report *Joint Status Report* by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons<br><br>(Ewing, Randall) (Entered: 07/02/2024) |

| | | | |
|---|---|---|---|
| 07/11/2024 | 166 | 4.3 KB | MINUTE entry before the Honorable Andrea R. Wood: Motion by counsel to withdraw as attorney 164 is granted. Attorney Eric P. Enson is terminated as counsel of record. Mailed notice (lma, ) (Entered: 07/11/2024) |
| 07/15/2024 | 167 | 817.0 KB | JOINT MOTION for Entry of Agreed Order Regarding Production of Electronically Stored Information by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons (Attachments: # 1 Exhibit A - Text of Parties' Proposed Agreed Order for the Production of Documents and ESI) (Ewing, Randall) Modified on 7/17/2024 (lma, ). (Entered: 07/15/2024) |
| 07/29/2024 | 168 | 4.3 KB | MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing set for 8/1/2024 is stricken and reset for 9/5/2024 at 11:00 AM. Mailed notice (lma, ) (Entered: 07/29/2024) |
| 08/27/2024 | 169 | 196.1 KB | NOTICE by Samantha Amata Strauss of Change of Address (Strauss, Samantha) (Entered: 08/27/2024) |
| 09/04/2024 | 170 | 106.4 KB | NOTICE TO THE PARTIES. Signed by the Honorable Andrea R. Wood on 9/4/2024. Mailed notice (lma, ) (Entered: 09/04/2024) |
| 09/04/2024 | 171 | 4.3 KB | MINUTE entry before the Honorable Andrea R. Wood: In light of the recusal notice filed on 9/4/2024 170 in Case No. 21-cv-00430, the in-court status hearing set for 9/5/2024 is stricken. This case will be sent for reassignment. Mailed notice (lma, ) (Entered: 09/04/2024) |
| 09/04/2024 | | | (Court only) Case Reassigned to the Honorable LaShonda A. Hunt. The Honorable Andrea R. Wood no longer assigned to the case. (aee, ) (Entered: 09/04/2024) |
| 09/04/2024 | 172 | 192.4 KB | MINUTE entry before the Executive Committee: The Hon. Andrea R. Wood has recused herself in 19 CV 1610, Moehrl v. The National Association of Realtors; therefore It is hereby ordered that the Clerk of Court shall reassign 19 CV 1610, Moehrl v. The National Association of Realtors, and the related cases listed below by lot to another district judge of this Court, pursuant to Internal Operating Procedure 13(f)(2); and It is further ordered that Judge Wood shall receive equalization in lieu of receiving a like case from the newly assigned judge. Mailed notice (Attachments: # 1 Request for Reassignment) (aee, ) (Entered: 09/04/2024) |
| 09/05/2024 | 173 | 4.5 KB | MINUTE entry before the Honorable LaShonda A. Hunt: This case has been reassigned to the calendar of Judge LaShonda A. Hunt. The parties are ordered to file a Joint Initial Status Report for Reassigned Case by 9/25/24. A template for the report can be found on Judge Hunt's webpage under "Initial Status Conference and Status Report." A telephonic status hearing is set for 10/8/24 at 9:45AM. Attorneys/parties may appear by dialing: 1-650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Emailed notice. (cdh, ) (Entered: 09/05/2024) |

| | | | |
|---|---|---|---|
| 09/24/2024 | 174 | 154.2 KB | MOTION by Attorney Surya Malhorta Khanna to withdraw as attorney for Anywhere Real Estate, Inc.. No party information provided<br><br>(Nelson, Heather) (Entered: 09/24/2024) |
| 09/24/2024 | 175 | 160.7 KB | NOTICE of Motion by Heather Jean Nelson for presentment of motion to withdraw as attorney 174 before Honorable LaShonda A. Hunt on 10/3/2024 at 10:00 AM. (Nelson, Heather) (Entered: 09/24/2024) |
| 09/25/2024 | 176 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Motion to Withdraw Appearance of Surya Malhorta Khanna and Remove from ECF Service 174 is granted. Attorney Surya Malhotra Khanna is terminated as counsel for Defendant Anywhere Real Estate Inc. No appearance is necessary on the motion on 10/3/24. Emailed notice. (cdh, ) (Entered: 09/25/2024) |
| 09/25/2024 | 177 | 179.7 KB | STATUS Report *Joint Initial Status Report for Reassigned Case* by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons<br><br>(Ewing, Randall) (Entered: 09/25/2024) |
| 10/04/2024 | 178 | 4.6 KB | MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed the parties' joint initial status report 177 . The status hearing set for 10/8/24 at 9:45AM is reset to 10:15AM. Time change only. Attorneys/parties may appear in person in Courtroom 1425 or telephonically by dialing: 1-650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Parties are to submit any proposed orders for their joint motions 162 and 167 to the Court's Proposed Order inbox by 10/7/24. Emailed notice. (cdh, ) (Entered: 10/04/2024) |
| 10/08/2024 | 179 | 4.8 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic and in-person status hearing held. Counsel for Plaintiffs and Counsel for Defendants appeared. Parties provided a brief overview of the issues in the case and pending motions and an update on discovery progress. As discussed, Joint Motion for a Partial Stay of Proceedings 162 is granted. Enter Order Granting Partial Stay of Proceedings. Second, Joint Motion for Entry of Agreed Order Regarding Production of Electronically Stored Information 167 is granted. Enter Agreed Order for the Production of Documents and ESI. Third, Defendants' motions to dismiss for lack of personal jurisdiction 129 137 139 are fully briefed and taken under advisement for ruling. The Court will endeavor to issue a written decision within 30 days. If oral argument is needed, the Court will enter an appropriate scheduling order. Fourth, the Court adopts the case schedule 155 previously set by Judge Wood concerning discovery and class certification motions and Daubert motions. Finally, by 11/15/24, parties are to meet and confer and file a joint status report detailing discovery progress and any other pertinent information. Emailed notice. (cdh, ) (Entered: 10/09/2024) |

| | | | |
|---|---|---|---|
| 10/09/2024 | 180 | 106.0 KB | ORDER GRANTING PARTIAL STAY OF PROCEEDINGS Signed by the Honorable LaShonda A. Hunt on 10/9/2024. Emailed notice. (cdh, ) (Entered: 10/09/2024) |
| 10/09/2024 | 181 | 196.4 KB | AGREED ORDER FOR THE PRODUCTION OF DOCUMENTS AND ESI Signed by the Honorable LaShonda A. Hunt on 10/9/2024. Emailed notice. (cdh, ) (Entered: 10/09/2024) |
| 11/15/2024 | 182 | 150.1 KB | STATUS Report *(Joint)* by Mya Batton, Do Yeon Kim, Daniel Parsons, Anna James, Aaron Bolton, Theodore Bisbicos, Michael Brace, James Mullis<br><br>(Ewing, Randall) (Entered: 11/15/2024) |
| 11/22/2024 | 183 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Motions to Dismiss for Lack of Personal Jurisdiction under Rule 12(b)(2) filed by Defendants Keller Williams Realty, Inc. 129 , Realogy Holdings Corp. 137 , and RE/MAX, LLC 139 are denied. Enter Memorandum Opinion and Order. Emailed notice. (cdh, ) (Entered: 11/22/2024) |
| 11/22/2024 | 184 | 4.7 KB | MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed the joint status report 182 indicating that Plaintiffs intend to move for leave to file an amended complaint. Any such motion must be filed by 12/2/24. Parties should meet and confer in advance and if there is no objection to the amended pleading, Plaintiffs may simply file it without a motion seeking court approval. *See* Fed. R. Civ. P. 15(a)(2). Defendants' answers to the operative complaint are due by 1/3/25. Parties further report that discovery is ongoing, and they are discussing several disputes. An updated joint status report on discovery progress and any other matters that require Court attention is due by 1/24/25. Emailed notice. (cdh, ) (Entered: 11/22/2024) |
| 11/22/2024 | 185 | 194.7 KB | MEMORANDUM OPINION AND ORDER Signed by the Honorable LaShonda A. Hunt on 11/22/2024. Emailed notice. (cdh, ) (Entered: 11/22/2024) |
| 12/02/2024 | 186 | 2.1 MB | MOTION by Plaintiff Aaron Bolton for leave to file *Second Amended Complaint*<br><br>(Attachments: # 1 Exhibit Proposed Second Amended Complaint, # 2 Exhibit Amended Complaint Redline)(Ewing, Randall) (Entered: 12/02/2024) |
| 12/02/2024 | 187 | 541.3 KB | NOTICE of Motion by Randall P. Ewing, Jr for presentment of motion for leave to file 186 before Honorable LaShonda A. Hunt on 12/12/2024 at 10:00 AM. (Ewing, Randall) (Entered: 12/02/2024) |
| 12/03/2024 | 188 | 4.6 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiffs' Opposed Motion for Leave to File Their Second Amended Class Action Complaint 186 is taken under advisement for ruling. Briefing will proceed as follows: Defendants' response due by 1/6/25 and Plaintiffs' reply due by 1/21/25. The 1/3/25 answer deadline 184 is stricken. The joint status report on discovery remains due by 1/24/25. After reviewing the briefs and status report, the Court will set a hearing date on all |

| | | | |
|---|---|---|---|
| | | | matters for the first or second week in February. Counsel should indicate in the status report any dates when they are generally unavailable. No appearance is necessary on 12/12/24. Emailed notice. (cdh, ) (Entered: 12/03/2024) |
| 12/19/2024 | 189 | 1.0 MB | MOTION by Plaintiffs Mya Batton, Do Yeon Kim, Daniel Parsons, Anna James, Aaron Bolton, Theodore Bisbicos, Michael Brace, James Mullis for extension of time *for Plaintiffs to complete substantial production of documents*<br><br>(Attachments: # 1 Declaration)(Ewing, Randall) (Entered: 12/19/2024) |
| 12/19/2024 | 190 | 456.2 KB | NOTICE of Motion by Randall P. Ewing, Jr for presentment of extension of time, 189 before Honorable LaShonda A. Hunt on 1/7/2025 at 10:00 AM. (Ewing, Randall) (Entered: 12/19/2024) |
| 12/20/2024 | 191 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiffs' Opposed Motion to Extend Their Deadline for Substantial Completion of Production of Documents 189 is granted in part. The Court extends the deadline for substantial completion of document productions responsive to RFPs to 1/22/25. Any other proposed changes to the discovery schedule should be set forth in the 1/24/25 joint status report. No appearance is necessary on 1/7/25. Emailed notice. (cdh, ) (Entered: 12/20/2024) |
| 12/27/2024 | 192 | 141.6 KB | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Honorable Virginia M. Kendall on 12/27/2024: Mailed notice. (tg, ) (Entered: 12/28/2024) |
| 01/06/2025 | 193 | 2.2 MB | RESPONSE by The National Association of Realtors, Anywhere Real Estate, Inc., Re/Max LLC, Keller Williams Realty, Inc.in Opposition to MOTION by Plaintiff Aaron Bolton for leave to file *Second Amended Complaint*<br><br>186 (Attachments: # 1 Declaration of Kenneth M. Kliebard, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Kliebard, Kenneth) (Entered: 01/06/2025) |

| | | | |
|---|---|---|---|
| 01/10/2025 | 194 | 107.1 KB | ATTORNEY Appearance for Plaintiffs Mya Batton, Do Yeon Kim, Daniel Parsons, Anna James, Aaron Bolton, Theodore Bisbicos, Michael Brace, James Mullis by Steven M Berezney (Berezney, Steven) (Entered: 01/10/2025) |
| 01/21/2025 | 195 | 530.8 KB | REPLY by Mya Batton, Do Yeon Kim, Daniel Parsons, Anna James, Aaron Bolton, Theodore Bisbicos, Michael Brace, James Mullis to response in opposition to motion, 193 *in Support of Their Motion for Leave to File Their Second Amended Class Action Complaint* (Attachments: # 1 Declaration of Randall P. Ewing, Jr., # 2 Exhibit A) (Ewing, Randall) (Entered: 01/21/2025) |
| 01/21/2025 | 196 | 147.0 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Anywhere Real Estate, Inc. *(Amended)* (Kliebard, Kenneth) (Entered: 01/21/2025) |
| 01/24/2025 | 197 | 154.8 KB | STATUS Report - *Joint* by Mya Batton, Do Yeon Kim, Daniel Parsons, Anna James, Aaron Bolton, Theodore Bisbicos, Michael Brace, James Mullis<br><br>(Ewing, Randall) (Entered: 01/24/2025) |
| 01/28/2025 | 198 | 4.5 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the parties' joint status report 197 and the briefs on Plaintiff's motion for leave to file second amended complaint 186 , this matter is set for telephonic status/ruling on 2/13/25, at 9:30 a.m. Attorneys/parties may appear by dialing: 650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,) (Entered: 01/28/2025) |
| 02/13/2025 | 199 | 142.9 KB | MOTION by Defendant The National Association of Realtors for order *to Withdraw and Substitute Counsel for National Association of Realtors*<br><br>(Glass, Ethan) (Entered: 02/13/2025) |
| 02/13/2025 | 200 | 150.2 KB | NOTICE of Motion by Ethan Charles Glass for presentment of motion for order 199 before Honorable LaShonda A. Hunt on 2/26/2025 at 10:00 AM. (Glass, Ethan) (Entered: 02/13/2025) |
| 02/13/2025 | 201 | 21.3 KB | ATTORNEY Appearance for Defendant The National Association of Realtors by Leonard A. Gail (Gail, Leonard) (Entered: 02/13/2025) |
| 02/13/2025 | 202 | 21.3 KB | ATTORNEY Appearance for Defendant The National Association of Realtors by Suyash Agrawal (Agrawal, Suyash) (Entered: 02/13/2025) |
| 02/13/2025 | 203 | 21.3 KB | ATTORNEY Appearance for Defendant The National Association of Realtors by Matthew Miles Collette (Collette, Matthew) (Entered: 02/13/2025) |
| 02/13/2025 | 204 | 21.4 KB | ATTORNEY Appearance for Defendant The National Association of Realtors by Brigid Carmichael (Carmichael, Brigid) (Entered: 02/13/2025) |

| | | | |
|---|---|---|---|
| 02/13/2025 | 205 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. Plaintiff's motion for leave to file second amended complaint 186 remains under advisement. By 2/27/25, the parties must meet and confer and file a joint status report regarding the agreed addition of new plaintiffs. As discussed, no additional claims will be permitted. By 3/14/25, the parties must file a joint status report regarding discovery progress and any settlement discussions. Mailed notice (gel,) (Entered: 02/13/2025) |
| 02/13/2025 | | | (Court only) Status Report due by 3/14/2025. (gel, ) (Entered: 02/13/2025) |
| 02/14/2025 | 206 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Defendant The National Association of Realtors' motion to withdraw and substitute counsel 199 is granted. Attorneys Deepti Bansal, Ethan Glass, Georgina Inglis, Beatriz Mejia, Samantha Strauss, Sarah Topol, and Elizabeth Wright of Cooley LLP are withdrawn from this case. The motion hearing set for 2/26/25 is stricken. Mailed notice (gel,) (Entered: 02/14/2025) |
| 02/25/2025 | 207 | 21.4 KB | ATTORNEY Appearance for Defendant The National Association of Realtors by Chiseul Kylie Kim (Kim, Chiseul) (Entered: 02/25/2025) |
| 02/27/2025 | 208 | 141.6 KB | STATUS Report *Joint Status Report* by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons<br><br>(Ewing, Randall) (Entered: 02/27/2025) |
| 03/14/2025 | 209 | 164.8 KB | STATUS Report *Joint Status Report* by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons<br><br>(Ewing, Randall) (Entered: 03/14/2025) |
| 04/08/2025 | 210 | 153.7 KB | MOTION by Attorney Heather J. Nelson to withdraw as attorney for Anywhere Real Estate, Inc.. No party information provided<br><br>(Nelson, Heather) (Entered: 04/08/2025) |
| 04/08/2025 | 211 | 158.5 KB | NOTICE of Motion by Heather Jean Nelson for presentment of motion to withdraw as attorney 210 before Honorable LaShonda A. Hunt on 4/22/2025 at 10:00 AM. (Nelson, Heather) (Entered: 04/08/2025) |
| 04/09/2025 | 212 | 4.3 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Attorney Heather J. Nelson's motion to withdraw as attorney 210 is granted. Attorney Nelson is withdrawn from this case. The motion hearing set for 4/22/25 211 is stricken. Mailed notice (gel,) (Entered: 04/09/2025) |
| 05/07/2025 | 213 | 4.5 KB | MINUTE entry before the Honorable LaShonda A. Hunt: For the reasons set forth in the accompanying order and stated on the record on February 13, 2025, Plaintiffs' motion for leave to file a second amended complaint 186 is denied. Enter Order. An updated joint status report regarding discovery, any disputes for the Court to resolve, and settlement discussions is due by 6/4/25. The parties are reminded that |

| | | | |
|---|---|---|---|
| | | | the case scheduling order 155 179 stands. Because the schedule is generous, extension requests will not be entertained absent a timely filed motion establishing good cause for any modification. Mailed notice (gel,) (Entered: 05/07/2025) |
| 05/07/2025 | 214 | 172.2 KB | ORDER Signed by the Honorable LaShonda A. Hunt on 5/7/2025. Mailed notice (gel,) (Entered: 05/07/2025) |
| 05/14/2025 | 215 | 1.7 MB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to amend/correct in court hearing,,,,,,,,,, set deadlines/ hearings,,,,,,,,,, 155 *Plaintiffs' Partially Unopposed Motion to Amend the Case Schedule*<br><br>(Attachments: # 1 Declaration Declaration of Randall Ewing, Jr., # 2 Exhibit A, # 3 Exhibit B)(Ewing, Randall) (Entered: 05/14/2025) |
| 05/14/2025 | 216 | 101.1 KB | NOTICE of Motion by Randall P. Ewing, Jr for presentment of motion to amend/correct, 215 before Honorable LaShonda A. Hunt on 5/20/2025 at 10:00 AM. (Ewing, Randall) (Entered: 05/14/2025) |
| 05/15/2025 | 217 | 4.5 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiffs' partially unopposed motion to amend the case schedule 215 is granted in part. The deadlines related to class certification, expert reports, and Daubert briefing 155 will each be extended by two months. A joint status report regarding any requests to exceed page limits and submit documents under seal in connection with these filings is due by 5/22/25. The Court will enter a comprehensive scheduling order after reviewing the report. The motion hearing set for 5/20/25 216 is stricken. Mailed notice (mjc, ) (Entered: 05/15/2025) |
| 05/22/2025 | 218 | 171.5 KB | STATUS Report *Joint Status Report* by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons<br><br>(Ewing, Randall) (Entered: 05/22/2025) |
| 06/02/2025 | 219 | 46.0 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the parties' joint status report 218 and the Court's most recent order granting a two-month extension for all deadlines relating to class certification, expert reports, and Daubert briefing 217 , the revised briefing schedule is as follows: (1) Plaintiffs' motion for class certification (which may not exceed 40 pages) and supporting expert reports are due by 8/20/25; (2) Defendants' opposition to class certification (which may not exceed 50 pages) and supporting expert reports, along with any motions to exclude Plaintiff's class certification experts, are due by 11/20/25; (3) Plaintiffs' reply in support of class certification (which may not exceed 20 pages) and supporting rebuttal expert reports, along with any motions to exclude Defendants' class certification experts, are due by 1/20/26; (4) Defendants' replies in support of their motions to exclude and responses to Plaintiffs' motions to exclude are due by 3/20/2026; and (5) Plaintiffs' replies in support of their motions to exclude are due by 4/20/26. The 5/2/26 fact discovery deadline 155 stands. Parties are reminded that these dates are firm and |

| | | | |
|---|---|---|---|
| | | | will not be extended absent extraordinary and unanticipated circumstances, and they should plan accordingly. Furthermore, to the extent the parties seek to file under seal documents that are covered by the agreed protective order in this case 161 , they are granted leave to do so in connection with their class certification and/or Daubert motions provided there is good cause to justify the sealing, a public-record redacted version of the sealed documents is filed simultaneously consistent with L.R. 26.2(c)(1), and any sealed documents are highlighted or marked consistent with L.R. 26.2(c)(2). Properly noticed motions to seal need only be filed if and when any party opposes filing a certain document under seal. The 6/4/25 deadline for the filing of an updated joint status report 213 stands. Mailed notice (gel,) Modified on 6/3/2025 (gel, ). (Main Document 219 replaced on 6/3/2025) (gel, ). (Entered: 06/02/2025) |
| 06/04/2025 | 220 | 157.6 KB | STATUS Report *Joint Status Report* by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons<br><br>(Ewing, Randall) (Entered: 06/04/2025) |
| 06/04/2025 | 221 | 256.9 KB | MOTION by Defendant Keller Williams Realty, Inc. for protective order *Joint Motion for Entry of Stipulation and Protective Order Regarding Expert Discovery*<br><br>(Attachments: # 1 Exhibit A - Proposed Order)(Hayes, Anna) (Entered: 06/04/2025) |
| 06/04/2025 | 222 | 139.2 KB | NOTICE of Motion by Anna Pendleton Hayes for presentment of motion for protective order 221 before Honorable LaShonda A. Hunt on 6/12/2025 at 10:00 AM. (Hayes, Anna) (Entered: 06/04/2025) |
| 06/10/2025 | 223 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: The joint motion for entry of stipulation and protective order regarding expert discovery 221 is granted. Enter Order. The motion hearing set for 6/12/25 222 is stricken. By 9/8/25, the parties are ordered to file a joint status report on the progress of expert discovery, any disputes that require Court attention, and settlement discussions. If there are no updates to report, the parties need not file a report. Mailed notice (gel,) (Entered: 06/10/2025) |
| 06/10/2025 | 224 | 197.0 KB | STIPULATION AND PROTECTIVE ORDER REGARDING EXPERT DISCOVERY Signed by the Honorable LaShonda A. Hunt on 6/10/2025. Mailed notice (gel,) (Entered: 06/10/2025) |
| 08/01/2025 | 225 | 292.2 KB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to amend/correct set deadlines,,,,,,,,, set motion and R&R deadlines/hearings,,,,,,,, 219 *Plaintiffs' Opposed Motion to Amend the Case Schedule*<br><br>(Attachments: # 1 Declaration of Randall P. Ewing, Jr.)(Ewing, Randall) (Entered: 08/01/2025) |

| | | | |
|---|---|---|---|
| 08/01/2025 | 226 | 98.1 KB | NOTICE of Motion by Randall P. Ewing, Jr for presentment of motion to amend/correct, 225 before Honorable LaShonda A. Hunt on 8/7/2025 at 10:00 AM. (Ewing, Randall) (Entered: 08/01/2025) |
| 08/04/2025 | 227 | 4.6 KB | MINUTE entry before the Honorable LaShonda A. Hunt: The hearing on Plaintiffs' opposed motion to amend case schedule 225 is reset to 8/7/25 at 9:45AM (time change) in Courtroom 1425 and converted from in person only to in person and telephonic. Any out-of-town counsel of record may appear telephonically by dialing 1-650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Counsel should be prepared to state their positions regarding this motion at the hearing. The Court does not anticipate entering a briefing schedule. Mailed notice (gel,) (Entered: 08/04/2025) |
| 08/05/2025 | 228 | 326.3 KB | RESPONSE by The National Association of Realtorsin Opposition to MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to amend/correct set deadlines,,,,,,,,, set motion and R&R deadlines/hearings,,,,,,,, 219 *Plaintiffs' Op* 225 *(Attachments: # 1 Exhibit - Attachment A)(Collette, Matthew) (Entered: 08/05/2025)* |
| 08/07/2025 | 229 | 4.7 KB | MINUTE entry before the Honorable LaShonda A. Hunt: In-person motion hearing held. For the reasons stated on the record, Plaintiff's opposed motion to amend the case schedule 225 is granted. The briefing schedule on class certification and related Daubert filings 219 only is revised as follows: (1) Plaintiffs' motion and supporting materials due by 9/22/25; (2) Defendants' opposition materials due by 11/24/25; (3) Plaintiffs' reply materials, including motions to exclude, due by 1/23/26; (4) Defendants' reply materials, including opposition to motions to exclude, due by 3/23/26; and (5) Plaintiffs' reply materials, due by 5/22/26. **This is a firm and final schedule that will not be modified. Parties must plan accordingly.** To be clear, all other requirements in the scheduling order 219 remain unchanged. As requested by the parties, the 9/8/25 deadline for a joint status report 223 stands. Mailed notice. (kp, ) (Entered: 08/07/2025) |
| 08/12/2025 | 230 | 1.4 MB | MOTION by Defendants Anywhere Real Estate, Inc., Keller Williams Realty, Inc., Re/Max LLC, The National Association of Realtors to Correct Case Schedule (Unopposed)<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order) (Kliebard, Kenneth) (Entered: 08/12/2025) |
| 08/12/2025 | 231 | 212.4 KB | NOTICE of Motion by Kenneth Michael Kliebard for presentment of motion for miscellaneous relief, 230 before Honorable LaShonda A. Hunt on 8/21/2025 at 10:00 AM. (Kliebard, Kenneth) (Entered: 08/12/2025) |
| 08/15/2025 | 232 | 4.9 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Defendants' Unopposed Motion to Correct Case Schedule 230 is granted. Clearly, math is no longer this judge's strong suit, as evidenced by the |

| | | | |
|---|---|---|---|
| | | | inadvertent counting errors! The Court apologizes for the inconvenience. The previously entered briefing schedule 229 is stricken. Briefing on class certification and related *Daubert* filings will proceed as follows: (1) Plaintiffs' motion and supporting materials due by 9/22/25; (2) Defendants' opposition materials due by 12/23/25; (3) Plaintiffs' reply materials, including motions to exclude, due by 2/23/26; (4) Defendants' reply materials, including opposition to motions to exclude, due by 4/23/26; and (5) Plaintiffs' reply materials, due by 5/25/26. The Court was not previously asked to modify the fact discovery deadline, but based on the parties' agreement, that date is extended to 6/5/26. All other requirements with respect to page limits and sealing procedures 219 stand. **And these dates remain firm.** The motion hearing set for 8/21/25 is stricken. Mailed notice (gel,) (Entered: 08/15/2025) |
| 09/16/2025 | 233 | 66.9 KB | ATTORNEY Appearance for Defendant The National Association of Realtors by Morgan Meyer (Meyer, Morgan) (Entered: 09/16/2025) |
| 09/19/2025 | 234 | 276.1 KB | MOTION for Leave to Appear Pro Hac Vice on behalf of Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, Judah Leeder, James Mullis, Daniel Parsons by Peter O'Connor Rocque; Filing fee $ 150, receipt number AILNDC-24084215.<br><br>(Rocque, Peter) (Entered: 09/19/2025) |
| 09/22/2025 | 235 | 4.3 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Motion by Attorney Peter Rocque for leave to appear pro hac vice on behalf of Plaintiffs 234 is granted. Mailed notice (gel,) (Entered: 09/22/2025) |
| 09/22/2025 | 236 | | SEALED MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, Judah Leeder, James Mullis, Daniel Parsons (Forde, Claire Noelle) (Entered: 09/22/2025) |
| 09/23/2025 | 237 | 204.7 KB | EXHIBIT by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, Judah Leeder, James Mullis, Daniel Parsons regarding SEALED MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, Judah Leeder, James Mullis, Daniel Parsons 236 (Forde, Claire Noelle) (Entered: 09/23/2025) |
| 09/23/2025 | 238 | 165.0 KB | EXHIBIT by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, Judah Leeder, James Mullis, Daniel Parsons regarding SEALED MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, Judah Leeder, James Mullis, Daniel Parsons 236 (Forde, Claire Noelle) (Entered: 09/23/2025) |
| 09/23/2025 | 239 | | SEALED DOCUMENT by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons *Declaration of Randall P. Ewing, Jr.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 |

| | | | |
|---|---|---|---|
| | | | Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82)(Ewing, Randall) (Entered: 09/23/2025) |
| 09/23/2025 | 240 | 5.7 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiffs filed their motion for class certification 236 along with over 5000 pages of supporting exhibits 239 under seal. As a courtesy, the Court granted the parties leave in advance to file under seal "documents that are covered by the agreed protective order in this case... in connection with their [forthcoming] motions provided there is good cause to justify the sealing, a public-record redacted version of the sealed documents is filed simultaneously consistent with L.R. 26.2(c)(1), and any sealed documents are highlighted or marked consistent with L.R. 26.2(c)(2)." (Dkt. 219). Although the Court has not exhaustively examined the thousands of pages of documents filed yesterday, it is patently clear that merely filing every document under seal does not comply with the spirit or intent of the Court's order, let alone the settled law of this Circuit. *See Union Oil Co. of Cal. v. Leavell*,, 220 F.3d 562, 567-68 (7th Cir. 2000) ("Many a litigant would prefer that the subject matter of a case... be kept from the curious (including its business rivals and customers), but the tradition that litigation is open to the public is of very long standing."). Regardless of any agreement reached by litigants, parties must be able to justify the sealing of each item. In other words, every piece of paper or testimony is not automatically deemed confidential just because the parties say so. Accordingly, by 9/26/25, Plaintiffs must file a redacted public version of the motion and exhibits, along with any revisions to the sealed motion and exhibits, that is consistent with this Court's orders. If Plaintiffs have grounds for maintaining each exhibit under seal, then a detailed motion setting forth their position is required. Finally, parties are reminded again to review recently amended Local Rule 26.2; all revised and future filings must comply with these requirements. Mailed notice (gel,) (Entered: 09/23/2025) |
| 09/26/2025 | 241 | 166.2 KB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, Judah Leeder, James Mullis, Daniel Parsons to seal<br><br>(Forde, Claire Noelle) (Entered: 09/26/2025) |

| | | | |
|---|---|---|---|
| 09/26/2025 | 242 | 131.6 KB | NOTICE of Motion by Claire Noelle Forde for presentment of motion to seal 241 before Honorable LaShonda A. Hunt on 10/2/2025 at 10:00 AM. (Forde, Claire Noelle) (Entered: 09/26/2025) |
| 09/26/2025 | 243 | 157.3 MB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to certify class *CORRECTED*<br><br>(Attachments: # 1 Appendix, # 2 Appendix, # 3 Declaration of Randall Ewing, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit, # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Exhibit, # 53 Exhibit, # 54 Exhibit, # 55 Exhibit, # 56 Exhibit, # 57 Exhibit, # 58 Exhibit, # 59 Exhibit, # 60 Exhibit, # 61 Exhibit, # 62 Exhibit, # 63 Exhibit, # 64 Exhibit, # 65 Exhibit, # 66 Exhibit, # 67 Exhibit, # 68 Exhibit, # 69 Exhibit, # 70 Exhibit, # 71 Exhibit, # 72 Exhibit, # 73 Exhibit, # 74 Exhibit, # 75 Exhibit, # 76 Exhibit, # 77 Exhibit, # 78 Exhibit, # 79 Exhibit, # 80 Exhibit, # 81 Exhibit, # 82 Exhibit, # 83 Exhibit, # 84 Exhibit, # 85 Exhibit, # 86 Exhibit)(Forde, Claire Noelle) (Entered: 09/26/2025) |
| 09/26/2025 | 244 | | SEALED MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit)(Forde, Claire Noelle) (Entered: 09/26/2025) |
| 09/30/2025 | 245 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiffs' Unopposed Motion for Leave to File Documents Under Seal 241 is granted for the reasons stated in the motion. The documents filed under seal at Dkt. No. 244 shall remain under seal pending further order. The motion hearing set for 10/2/25 is stricken. Mailed notice. (jcc,) (Entered: 09/30/2025) |
| 10/22/2025 | 246 | 300.6 KB | MOTION by Defendant Anywhere Real Estate, Inc. to strike MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to certify class *CORRECTED*<br><br>243 *[Opposed Motion to Strike, or Alternatively to Stay, Plaintiffs' Motion for Class Certification]*<br><br>(Kliebard, Kenneth) (Entered: 10/22/2025) |

| | | | |
|---|---|---|---|
| 10/22/2025 | 247 | 192.2 KB | NOTICE of Motion by Kenneth Michael Kliebard for presentment of motion to strike, 246 before Honorable LaShonda A. Hunt on 11/4/2025 at 10:00 AM. (Kliebard, Kenneth) (Entered: 10/22/2025) |
| 10/22/2025 | 248 | 186.8 KB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to amend/correct *Case Schedule*<br><br>(Forde, Claire Noelle) (Entered: 10/22/2025) |
| 10/22/2025 | 249 | 11.8 MB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons for leave to file *a Second Corrected Motion for Class Certification and Appointment of Co-Lead Counsel and Corrected Expert Reports*<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Forde, Claire Noelle) (Entered: 10/22/2025) |
| 10/22/2025 | 250 | 120.3 KB | NOTICE of Motion by Claire Noelle Forde for presentment of motion to amend/correct 248 , motion for leave to file, 249 before Honorable LaShonda A. Hunt on 11/4/2025 at 10:00 AM. (Forde, Claire Noelle) (Entered: 10/22/2025) |
| 10/27/2025 | 251 | 282.8 KB | MOTION for Leave to Appear Pro Hac Vice on behalf of Anywhere Real Estate, Inc. by Dennie Zastrow; Filing fee $ 150, receipt number AILNDC-24260616.<br><br>(Zastrow, Dennie) (Entered: 10/27/2025) |
| 10/28/2025 | 252 | 4.3 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Dennie Zastrow's motion for leave to appear pro hac vice on behalf of Anywhere Real Estate, Inc. 251 is granted. Mailed notice (gel,) (Entered: 10/28/2025) |
| 10/29/2025 | 253 | 165.7 KB | RESPONSE by Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, Daniel Parsonsin Opposition to MOTION by Defendant Anywhere Real Estate, Inc. to strike MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to certify class *CORRECTED*<br><br>*243 [Op 246 (Cortazar, Ryan) (Entered: 10/29/2025)* |
| 10/31/2025 | 254 | 4.5 KB | MINUTE entry before the Honorable LaShonda A. Hunt: In-person and telephonic motion hearing set for 11/4/25 at 10:00AM 247 250 is reset to 11/4/25 at 10:30AM. **This is a time change only.** Attorneys/parties may appear either in person in Courtroom 1425 or via telephone. However, all attorneys presenting arguments must appear in person. All other attorneys/parties may appear by dialing: 650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (ber, ) (Entered: 10/31/2025) |

| | | | |
|---|---|---|---|
| 11/03/2025 | 255 | 224.2 KB | REPLY by Anywhere Real Estate, Inc. to MOTION by Defendant Anywhere Real Estate, Inc. to strike MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to certify class *CORRECTED* <br><br> 243 *[Op 246 [Reply in Support of Motion to Strike, or Alternatively to Stay, Plaintiffs' Motion for Class Certification] (Kliebard, Kenneth) (Entered: 11/03/2025)* |
| 11/04/2025 | 256 | 4.6 KB | MINUTE entry before the Honorable LaShonda A. Hunt: In-person and telephonic motion hearing held. As discussed, Defendants' motion to strike or stay 246 and Plaintiffs' motions to amend case schedule 248 and file a second corrected motion for class certification 249 are taken under advisement. Continued telephonic hearing on all matters, including a proposed joint schedule for class certification and expert discovery matters is set for 11/14/25 at 9:00AM. Attorneys/parties may appear by dialing: 650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Because the Court will be on trial that week, by 11/12/25, counsel shall jointly email the courtroom deputy if they do not have an agreement regarding how to proceed so that the hearing may be rescheduled. Mailed notice (gel,) (Entered: 11/04/2025) |
| 11/13/2025 | 257 | 5.0 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Counsel sent an email on 11/12/25 to Judge Hunt's courtroom deputy indicating that Plaintiffs and Defendant Anywhere Real Estate, Inc. were unable to reach an agreement on how to proceed and are prepared to appear on 11/14/25 for a hearing. The Court set the 11/14/25 date as a placeholder and its prior order 256 clearly indicated that it would be on trial this week and the hearing would be rescheduled if the parties had a dispute. Accordingly, the telephonic hearing set for 11/14/25 256 is stricken. With the parties having failed at resolving this matter among themselves, the Court now rules as follows: For all the reasons stated on the record at the 11/4/25 hearing, Defendant's Motion to Strike or Stay 246 is granted to the extent that Plaintiff's Motions for Class Certification 236 243 244 are stricken without prejudice to refiling. Plaintiffs' motions to amend case schedule 248 and file a second corrected motion for class certification 249 are terminated as moot. All briefing on class certification and related experts 232 is stayed pending further court order. Expert discovery may continue by agreement of the parties. By 11/24/25, the parties must meet and confer and file a joint status report setting forth what class certification/expert discovery remains, whether any of that can proceed or should be stayed until the Burnett appeal is resolved, and any other pertinent information. Parties may submit separate proposals (not to exceed 3 pages each) if there is no consensus. Mailed notice (gel,) (Entered: 11/13/2025) |
| 11/24/2025 | 258 | 243.1 KB | STATUS Report *(Joint)* by Anywhere Real Estate, Inc. <br><br> (Mahoney, Stacey Anne) (Entered: 11/24/2025) |
| 11/25/2025 | 259 | 4.8 KB | MINUTE entry before the Honorable LaShonda A. Hunt: As requested in the parties' joint status report 258 , the Court orders that fact discovery may continue except as to claims of the Stayed Plaintiffs while all expert |

| | | | |
|---|---|---|---|
| | | | discovery is stayed pending resolution of the appeal in *Burnett, et al. v. The National Association of Realtors, et al.*, Consolidated Case Nos. 24-2143, 24-2168, 24-2391 (8th Cir.) ("*Burnett* Appeal"). The parties are ordered to file a joint status report by 3/2/26, or within 7 business days of resolution of the *Burnett* Appeal, whichever is earlier. If the appeal is resolved, the status report shall include an update on any settlement discussions as well as a proposed schedule for class certification briefing, expert disclosures, and remaining fact discovery as to the Stayed Plaintiffs, if any. If the appeal is still pending, the parties shall provide an update on the status of the appeal, completion of fact discovery, and any other pertinent information the Court should know. Mailed notice (gel,) (Entered: 11/25/2025) |
| 12/31/2025 | 260 | 190.8 KB | ANNUAL REMINDER: Pursuant to Local Rule 3.2 (Notification of Affiliates), any nongovernmental party, other than an individual or sole proprietorship, must file a statement identifying all its affiliates known to the party after diligent review or, if the party has identified no affiliates, then a statement reflecting that fact must be filed. An affiliate is defined as follows: any entity or individual owning, directly or indirectly (through ownership of one or more other entities), 5% or more of a party. The statement is to be electronically filed as a PDF in conjunction with entering the affiliates in CM/ECF as prompted. As a reminder to counsel, parties must supplement their statements of affiliates within thirty (30) days of any change in the information previously reported. This minute order is being issued to all counsel of record to remind counsel of their obligation to provide updated information as to additional affiliates if such updating is necessary. If counsel has any questions regarding this process, this LINK will provide additional information. Signed by the Honorable Virginia M. Kendall on 12/31/2025: Mailed notice. (tg, ) (Entered: 12/31/2025) |
| 02/02/2026 | 261 | 175.6 KB | NOTICE of Motion by Claire Noelle Forde for presentment of before Honorable LaShonda A. Hunt on 2/11/2026 at 10:00 AM. (Forde, Claire Noelle) (Entered: 02/02/2026) |
| 02/02/2026 | 262 | 5.7 MB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons for settlement *Preliminary Approval of Settlement with Keller Williams*<br><br>(Attachments: # 1 Declaration Briganti-Ewing, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Declaration Parks)(Forde, Claire Noelle) (Entered: 02/02/2026) |
| 02/02/2026 | 263 | 572.7 KB | MOTION for Leave to Appear Pro Hac Vice on behalf of Keller Williams Realty, Inc. by Boris Bershteyn; Filing fee $ 150, receipt number AILNDC-24673306.<br><br>(Bershteyn, Boris) (Entered: 02/02/2026) |
| 02/03/2026 | 264 | 157.5 KB | *Amended* NOTICE of Motion by Claire Noelle Forde for presentment of motion for settlement, 262 before Honorable LaShonda A. Hunt on 2/12/2026 at 10:00 AM. (Forde, Claire Noelle) (Entered: 02/03/2026) |

| | | | |
|---|---|---|---|
| 02/03/2026 | 265 | 4.3 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Keller Williams Realty, Inc. by Boris Bershteyn 263 is granted. Mailed notice (gel,) (Entered: 02/03/2026) |
| 02/10/2026 | | | (Court only) ***Deadlines and hearings Terminated. (gel,) (Entered: 02/10/2026) |
| 02/10/2026 | 266 | 4.6 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Hearing on Plaintiffs' motion for preliminary approval of proposed settlement 262 265 set for 2/12/26 at 10:00 AM will proceed in person in Courtroom 1425 and telephonically. Any counsel of record or party may appear telephonically by dialing 1-650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Any objections to preliminary approval of Plaintiffs' proposed settlements with Defendant Keller Williams 262 must be filed on the docket by 2/11/26 at 12:00PM CST. The motion hearing set for 2/11/26 261 is stricken. Mailed notice (gel,) (Entered: 02/10/2026) |
| 02/12/2026 | 267 | 382.6 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Keller Williams Realty, Inc. (Kully, David) (Entered: 02/12/2026) |
| 02/12/2026 | 268 | 4.5 KB | MINUTE entry before the Honorable LaShonda A. Hunt: In-person and telephonic motion hearing held on 2/12/26. For the reasons stated on the record, Plaintiffs' motion for preliminary approval of settlement with Keller Williams 262 is granted. Settlement hearing set for 7/28/26 at 10:30 AM in Courtroom 1425. Counsel of record or other interested parties may appear telephonically by dialing 1-650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,) (Entered: 02/13/2026) |
| 02/13/2026 | 269 | 281.5 KB | ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT WITH KELLER WILLIAMS, LLC Signed by the Honorable LaShonda A. Hunt on 2/13/2026. Mailed notice (gel,) (Entered: 02/13/2026) |
| 02/19/2026 | 270 | 145.7 KB | Notice of Compliance with 28 U.S.C. § 1715 by Keller Williams Realty, Inc. (Bershteyn, Boris) (Entered: 02/19/2026) |
| 02/24/2026 | 271 | 2.9 MB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to reassign case *Plaintiffs' Memorandum of Law in Support of Motion to Relate and Reassign Case Pursuant to Local Rule 40.4*<br><br>(Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Ewing, Randall) (Entered: 02/24/2026) |
| 02/24/2026 | 272 | 119.6 KB | NOTICE of Motion by Randall P. Ewing, Jr for presentment of motion to reassign case, 271 before Honorable LaShonda A. Hunt on 3/3/2026 at 10:00 AM. (Ewing, Randall) (Entered: 02/24/2026) |

| | | | |
|---|---|---|---|
| 02/25/2026 | 273 | 231.9 KB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons for preliminary injunction<br><br>(Forde, Claire Noelle) (Entered: 02/25/2026) |
| 02/25/2026 | 274 | 132.8 KB | NOTICE of Motion by Claire Noelle Forde for presentment of motion for preliminary injunction 273 before Honorable LaShonda A. Hunt on 3/5/2026 at 10:00 AM. (Forde, Claire Noelle) (Entered: 02/25/2026) |
| 02/26/2026 | 275 | 4.7 KB | MINUTE entry before the Honorable LaShonda A. Hunt: In light of the scheduled hearing in the *Tuccori* case set for 3/4/26 before Judge Jenkins, the hearing on Plaintiffs' motion to relate and reassign case 271 set for 3/3/26 at 10:00 AM 272 is rescheduled to a telephonic hearing on 3/5/26 at 10:00 AM. Furthermore, Plaintiffs' hearing on their motion for a preliminary injunction 273 set for 3/5/26 at 10:00AM 274 is reset for telephonic hearing. Attorneys/parties may appear telephonically by dialing 1-650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,) (Entered: 02/26/2026) |
| 02/26/2026 | 276 | 2.4 MB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons for settlement *Preliminary Approval of Proposed Plan of Distribution*<br><br>(Attachments: # 1 Declaration Vincent Briganti and Randall Ewing, # 2 Exhibit A - Plan of Distribution, # 3 Exhibit B - Claim Form, # 4 Exhibit C - Resume of Christopher Burke, # 5 Exhibit D - Resume of Todd Seaver, # 6 Declaration Gregory P. Lindstrom, # 7 Exhibit A - Biography of Gregory P. Lindstrom)(Forde, Claire Noelle) (Entered: 02/26/2026) |
| 02/26/2026 | 277 | 136.4 KB | NOTICE of Motion by Claire Noelle Forde for presentment of motion for settlement,, 276 before Honorable LaShonda A. Hunt on 3/12/2026 at 10:00 AM. (Forde, Claire Noelle) (Entered: 02/26/2026) |
| 02/28/2026 | 278 | 140.9 KB | ATTORNEY Appearance for Defendant Anywhere Real Estate, Inc. by Aaron Daniel Van Oort (Van Oort, Aaron) (Entered: 02/28/2026) |
| 02/28/2026 | 279 | 240.3 KB | MOTION for Leave to Appear Pro Hac Vice on behalf of Anywhere Real Estate, Inc. by Kevin Patrick Wagner; Filing fee $ 150, receipt number AILNDC-24787920.<br><br>(Wagner, Kevin) (Entered: 02/28/2026) |
| 02/28/2026 | 280 | 219.7 KB | RESPONSE by Anywhere Real Estate, Inc. to MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to reassign case *Plaintiffs' Memorandum of Law in Support of Motion to Relate and Reassign Case Pursuant to L* 271 *, MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon* |

| | | | |
|---|---|---|---|
| | | | *Kim, James Mullis, Daniel Parsons for preliminary injunction*<br><br>*273 (Attachments: # 1 Declaration of Aaron Van Oort)(Kliebard, Kenneth) (Entered: 02/28/2026)* |
| 03/02/2026 | 281 | 326.9 KB | MOTION for Leave to Appear Pro Hac Vice on behalf of Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons by Margaret C. MacLean; Filing fee $ 150, receipt number AILNDC-24789341.<br><br>(MacLean, Margaret) (Entered: 03/02/2026) |
| 03/02/2026 | 282 | 4.3 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Motion for Leave to Appear Pro Hac Vice on behalf of Defendant Anywhere Real Estate, Inc. by Attorney Kevin Patrick Wagner 279 is granted. Mailed notice (gel,) (Entered: 03/02/2026) |
| 03/02/2026 | 283 | 166.4 KB | STATUS Report *Joint Status Report* by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons<br><br>(Ewing, Randall) (Entered: 03/02/2026) |
| 03/02/2026 | 284 | 140.9 KB | ATTORNEY Appearance for Defendant Anywhere Real Estate, Inc. by Kevin Patrick Wagner (Wagner, Kevin) (Entered: 03/02/2026) |
| 03/03/2026 | 285 | 253.3 KB | ATTORNEY Appearance for Intervenor Parties Kevin Cwynar, Michael D'Acquisto, Courtney Foregger, Alejandro Lopez, James Tuccori, Dawid Zawislak by Jonathan Marc Jagher (Jagher, Jonathan) (Entered: 03/03/2026) |
| 03/03/2026 | 286 | 481.4 KB | MEMORANDUM by Kevin Cwynar, Michael D'Acquisto, Courtney Foregger, Alejandro Lopez, James Tuccori, Dawid Zawislak in Opposition to motion to reassign case, 271 (Attachments: # 1 Exhibit 1) (Jagher, Jonathan) (Entered: 03/03/2026) |
| 03/03/2026 | 287 | 270.9 KB | ATTORNEY Appearance for Intervenor Parties Kevin Cwynar, Michael D'Acquisto, Courtney Foregger, Alejandro Lopez, James Tuccori, Dawid Zawislak by William Henry London (London, William) (Entered: 03/03/2026) |
| 03/03/2026 | 288 | 221.4 KB | MEMORANDUM by Kevin Cwynar, Michael D'Acquisto, Courtney Foregger, Alejandro Lopez, James Tuccori, Dawid Zawislak in Opposition to motion for preliminary injunction 273 (Jagher, Jonathan) (Entered: 03/03/2026) |
| 03/03/2026 | 289 | 305.6 KB | REPLY by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Do Yeon Kim, James Mullis, Daniel Parsons to MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons for preliminary injunction<br><br>273 (Forde, Claire Noelle) (Entered: 03/03/2026) |

| | | | |
|---|---|---|---|
| 03/04/2026 | 290 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Motion for Leave to Appear Pro Hac Vice on behalf of Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons by Attorney Margaret C. MacLean 281 is granted. Mailed notice (gel,) (Entered: 03/04/2026) |
| 03/04/2026 | 291 | 102.6 KB | NOTICE of Order Granting Tuccori Plaintiffs' Motion for Preliminary Approval of Settlements with Brokerages Opting Into the Court Approved Class Settlement Agreement by Anywhere Real Estate, Inc. (Attachments: # 1 Attachment)(Kliebard, Kenneth) (Entered: 03/04/2026) |
| 03/04/2026 | 292 | 3.3 MB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to Appoint Interim Co-Lead Class Counsel<br><br>(Attachments: # 1 Declaration of Randall P. Ewing, # 2 Exhibit A, # 3 Exhibit B)(Forde, Claire Noelle) (Entered: 03/04/2026) |
| 03/04/2026 | 293 | 163.0 KB | NOTICE of Motion by Claire Noelle Forde for presentment of motion for miscellaneous relief, 292 before Honorable LaShonda A. Hunt on 3/10/2026 at 10:00 AM. (Forde, Claire Noelle) (Entered: 03/04/2026) |
| 03/05/2026 | 294 | 4.7 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. For the reasons stated on the record, Plaintiffs' motions to relate and reassign 271 and for preliminary injunction 273 are denied. Plaintiffs' motion for preliminary approval of proposed plan of distribution 276 previously set for 3/12/26 at 10:00AM as an in-person hearing is converted to a telephonic hearing. Attorneys/parties may appear telephonically by dialing 1-650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Finally, Plaintiffs' motion to appoint interim co-lead class counsel 292 is taken under advisement. Any response is due by 3/20/26, and any reply is due by 3/23/26. The motion hearing set for 3/10/2026 293 is stricken. Mailed notice (gel,) (Entered: 03/05/2026) |
| 03/12/2026 | 295 | 4.5 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. Plaintiffs' motion and memorandum of law in support of motion for preliminary approval of proposed distribution plan 276 is granted without objection. Enter Order. Counsel shall file a joint status report by 6/2/26 or within 7 days of the resolution of the *Burnett* appeal, whichever is sooner. Mailed notice (gel,) (Entered: 03/13/2026) |
| 03/13/2026 | 296 | 192.5 KB | ORDER PRELIMINARILY APPROVING DISTRIBUTION PLAN FOR SETTLEMENT WITH KELLER WILLIAMS REALTY, LLC Signed by the Honorable LaShonda A. Hunt on 3/13/2026. Mailed notice (gel,) (Entered: 03/13/2026) |
| 03/17/2026 | 297 | 73.3 KB | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Anywhere Real Estate, Inc. *(Amended)* (Kliebard, Kenneth) (Entered: 03/17/2026) |

| | | | |
|---|---|---|---|
| 03/20/2026 | 298 | 141.1 KB | ATTORNEY Appearance for Intervenor Parties Kevin Cwynar, Michael D'Acquisto, Courtney Foregger, Alejandro Lopez, James Tuccori, Dawid Zawislak by Paul T. Geske (Geske, Paul) (Entered: 03/20/2026) |
| 03/20/2026 | 299 | 155.5 KB | MEMORANDUM by The National Association of Realtors in Opposition to motion for miscellaneous relief, 292 (Attachments: # 1 Exhibit A)(Gail, Leonard) (Entered: 03/20/2026) |
| 03/20/2026 | 300 | 740.0 KB | MEMORANDUM by Kevin Cwynar, Michael D'Acquisto, Courtney Foregger, Alejandro Lopez, James Tuccori, Dawid Zawislak in Opposition to motion for miscellaneous relief, 292 *TUCCORI PLAINTIFFS' MEMORANDUM IN OPPOSITION TO BATTON PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Geske, Paul) (Entered: 03/20/2026) |
| 03/20/2026 | 301 | 80.9 KB | MOTION by Defendant Anywhere Real Estate, Inc. to stay *Proceedings Pending Final Approval of Class Settlement*<br><br>(Kliebard, Kenneth) (Entered: 03/20/2026) |
| 03/20/2026 | 302 | 553.1 KB | MEMORANDUM by Anywhere Real Estate, Inc. in support of motion to stay 301 (Attachments: # 1 Declaration of Kenneth M. Kliebard, # 2 Exhibit A)(Kliebard, Kenneth) (Entered: 03/20/2026) |
| 03/20/2026 | 303 | 84.2 KB | NOTICE of Motion by Kenneth Michael Kliebard for presentment of motion to stay 301 before Honorable LaShonda A. Hunt on 3/25/2026 at 10:00 AM. (Kliebard, Kenneth) (Entered: 03/20/2026) |
| 03/20/2026 | 304 | 129.6 KB | RESPONSE by Anywhere Real Estate, Inc.in Opposition to MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to Appoint Interim Co-Lead Class Counsel<br><br>292 (Kliebard, Kenneth) (Entered: 03/20/2026) |
| 03/23/2026 | 305 | 256.4 KB | MEMORANDUM by Anywhere Real Estate, Inc. in Opposition to motion for miscellaneous relief, 292 *to Appoint Interim Co-Lead Class Counsel [Corrected]* (Kliebard, Kenneth) (Entered: 03/23/2026) |
| 03/23/2026 | 306 | 180.6 KB | REPLY by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to motion for miscellaneous relief, 292 *Plaintiffs' Reply in Support of Motion to Appoint Interim Class Counsel* (Ewing, Randall) (Entered: 03/23/2026) |
| 03/24/2026 | 307 | 617.2 KB | RESPONSE by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsonsin Opposition to MOTION by Defendant Anywhere Real Estate, Inc. to stay *Proceedings Pending Final Approval of Class Settlement*<br><br>301 (Attachments: # 1 Declaration of Noelle Forde, # 2 Exhibit A - Email Chain)(Forde, Claire Noelle) (Entered: 03/24/2026) |

| | | | |
|---|---|---|---|
| 03/24/2026 | 308 | 5.1 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Upon consideration of Defendant Anywhere Real Estate, Inc.'s motion to stay proceedings pending final approval of class settlement 301 and Plaintiffs' response in opposition 307 , the motion is denied. First, proceedings in this case are already stayed for the most part, pending resolution of the *Burnett* appeal before the Eighth Circuit. Imposing a further stay solely in favor of Defendant Anywhere until the *Tuccori* settlement is finalized by the district court and possibly considered by the Seventh Circuit, would unnecessarily delay resolution of this 5-year old case for all parties. Second, Plaintiffs hotly contest whether it is even appropriate for Defendant Anywhere to join in that settlement, and the very issue will be litigated at the upcoming *Tuccori* fairness hearing. As such, it would be presumptuous for this Court to treat final approval of the settlement and resolution of all claims against Defendant Anywhere as a foregone conclusion. District courts have the inherent power to control their own dockets, including the power to stay proceedings before them. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). How best to manage the court's docket "calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Landis v. N. Am. Co.*, 299 U.S. 248, 25455 (1936). A stay under these circumstances would benefit Defendant Anywhere only. Therefore, the motion 301 is denied. The motion hearing set for 3/25/26 303 is stricken. Mailed notice (gel,) (Entered: 03/24/2026) |
| 03/24/2026 | 309 | 4.3 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiffs' motion to appoint interim co-lead class counsel 292 is now fully briefed and remains under advisement. The Court will rule in due course. Mailed notice (gel,) (Entered: 03/24/2026) |
| 03/25/2026 | 310 | 8.8 MB | MOTION by Plaintiffs Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, Daniel Parsons for settlement *Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval of Class Action Settlement with RE/MAX, LLC*<br><br>(Attachments: # 1 Affidavit Joint Declaration of Vincent Briganti and Randall Ewing, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Affidavit Declaration of Justin Parks, # 10 Affidavit Declaration of Gregory Lindstrom) (Ewing, Randall) (Entered: 03/25/2026) |
| 03/25/2026 | 311 | 136.3 KB | NOTICE of Motion by Randall P. Ewing, Jr for presentment of motion for settlement,, 310 before Honorable LaShonda A. Hunt on 3/31/2026 at 10:00 AM. (Ewing, Randall) (Entered: 03/25/2026) |
| 03/26/2026 | 312 | 4.5 KB | MINUTE entry before the Honorable LaShonda A. Hunt: The hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Re/Max, LLC 310 is reset to 3/31/26 at 9:00AM and will proceed telephonically. Attorneys/parties may appear by dialing: 1-650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice. (vcf, ) (Entered: 03/26/2026) |

| | | | |
|---|---|---|---|
| 03/31/2026 | | | (Court only) ***Deadlines and hearings Terminated. (gel,) (Entered: 03/31/2026) |
| 03/31/2026 | 313 | 4.6 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. Plaintiff's unopposed motion for preliminary approval of class action settlement with Re/Max, LLC 310 is granted for the reasons stated on the record. Enter orders preliminarily approving settlement and distribution plan. A final settlement approval hearing is set for 7/28/26 at 9:30AM in Courtroom 1425. Attorneys/Settlement Class Members may appear in person or telephonically by dialing: 1-650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,) (Entered: 03/31/2026) |
| 03/31/2026 | 314 | 276.0 KB | ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT WITH RE/MAX, LLC Signed by the Honorable LaShonda A. Hunt on 3/31/2026. Mailed notice (gel,) (Entered: 03/31/2026) |
| 03/31/2026 | 315 | 198.3 KB | ORDER PRELIMINARILY APPROVING DISTRIBUTION PLAN FOR SETTLEMENT WITH RE/MAX, LLC Signed by the Honorable LaShonda A. Hunt on 3/31/2026. Mailed notice (gel,) (Entered: 03/31/2026) |
| 04/01/2026 | 316 | 93.5 KB | NOTICE of appeal by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons regarding orders 294 Filing fee $ 605, receipt number AILNDC-24925889. Receipt number: n (Ewing, Randall) (Entered: 04/01/2026) |
| 04/01/2026 | 317 | 197.8 KB | DOCKETING Statement by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons regarding notice of appeal 316 (Ewing, Randall) (Entered: 04/01/2026) |
| 04/02/2026 | 318 | 146.3 KB | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 316 . (aee, ) (Entered: 04/02/2026) |
| 04/02/2026 | 319 | 687.5 KB | TRANSMITTED to the 7th Circuit the short record on notice of appeal 316 . Notified counsel. (aee, ) (Entered: 04/02/2026) |
| 04/02/2026 | 320 | 90.7 KB | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 316 ; USCA Case No. 26-1644. (aee, ) (Entered: 04/02/2026) |
| 04/06/2026 | 321 | 97.7 KB | NOTICE by Re/Max LLC *Notice of Compliance with 28 U.S.C. § 1715* (Hasdoo, Eddie) (Entered: 04/06/2026) |
| 04/13/2026 | 322 | 8.6 KB | MOTION by Defendant The National Association of Realtors to stay *Proceedings Pending Final Approval of Class Settlement*<br><br>(Gail, Leonard) (Entered: 04/13/2026) |

| | | | |
|---|---|---|---|
| 04/13/2026 | 323 | 462.7 KB | MEMORANDUM by The National Association of Realtors in support of motion to stay 322 *Proceedings Pending Final Approval of Class Settlement* (Attachments: # 1 Declaration of Matthew M. Collette in Support of Defendant National Association of Realtors in Support of Motion to Stay Proceedings Pending Final Approval of Class Settlement - with attached exhibits)(Gail, Leonard) (Entered: 04/13/2026) |
| 04/13/2026 | 324 | 6.5 KB | NOTICE of Motion by Leonard A. Gail for presentment of motion to stay 322 before Honorable LaShonda A. Hunt on 4/16/2026 at 10:00 AM. (Gail, Leonard) (Entered: 04/13/2026) |
| 04/14/2026 | 325 | 276.8 KB | MEMORANDUM by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons in Opposition to motion to stay 322 (Forde, Claire Noelle) (Entered: 04/14/2026) |
| 04/15/2026 | 326 | 4.7 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Defendant The National Association of Realtors' motion to stay 322 did not include a meet and confer certification, indicate if it is opposed, and, if so, propose an agreed briefing schedule, all as required by this Court's case management procedures. The motion should be summarily stricken for non-compliance, but the Court will consider it to avoid delay and waste of scarce judicial resources. The hearing set for 4/16/26 at 10:00AM in Courtroom 1425 324 is reset for 10:15AM (TIME CHANGE ONLY). Any attorneys not arguing the motion may appear telephonically by dialing: 1-650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. The Court acknowledges Plaintiffs' response 325 . No further briefing is requested or allowed at this time. Mailed notice (gel,) (Entered: 04/15/2026) |
| 04/15/2026 | 327 | 4.7 KB | ENTERED IN ERROR - DUPLICATE of 326 . (Entered: 04/15/2026) |
| 04/16/2026 | 328 | 4.5 KB | MINUTE entry before the Honorable LaShonda A. Hunt: In-person and telephonic status hearing held. Defendant The National Association of Realtors motion to stay proceedings pending final approval of class settlement 322 is granted in part and Plaintiff's motion to appoint interim co-lead class counsel 292 is denied without prejudice, for the reasons stated in open court. All discovery is temporarily stayed, and the 6/5/26 fact discovery deadline is stricken. The parties' joint status report remains due by 6/2/26 295 and should include an update on Tuccori and any relevant appeals. Mailed notice (gel,) (Entered: 04/17/2026) |
| 04/21/2026 | 329 | 241.3 KB | NOTICE by Jonathan Marc Jagher of Change of Address (Jagher, Jonathan) (Entered: 04/21/2026) |
| 04/22/2026 | 330 | 145.5 KB | TRANSCRIPT OF PROCEEDINGS held on 3/5/26 before the Honorable LaShonda A. Hunt. Court Reporter Contact Information: Charles R. Zandi, 312/435-5387, charles_zandi@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the |

| | | | |
|---|---|---|---|
| | | | deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/13/2026. Redacted Transcript Deadline set for 5/26/2026. Release of Transcript Restriction set for 7/21/2026. (Zandi, Charles) (Entered: 04/22/2026) |
| 04/23/2026 | 331 | 72.4 KB | SEVENTH CIRCUIT transcript information sheet by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons (Ewing, Randall) (Entered: 04/23/2026) |
| 04/23/2026 | 332 | 162.8 KB | NOTICE by William Henry London of Change of Address (London, William) (Entered: 04/23/2026) |
| 04/28/2026 | 333 | 534.1 KB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons for preliminary injunction<br><br>(Attachments: # 1 Declaration Exhibit A - Joint Declaration of Vincent Briganti and Randall Ewing)(Forde, Claire Noelle) (Entered: 04/28/2026) |
| 04/29/2026 | 334 | 4.3 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiffs' motion for preliminary injunction as to Defendant NAR 333 is denied for the same reasons previously stated on the record on 3/5/26 294 as to Plaintiffs' motion for preliminary injunction as to Defendant Anywhere Real Estate. Mailed notice (mjc, ) (Entered: 04/29/2026) |
| 05/29/2026 | 335 | 4.9 KB | MINUTE entry before the Honorable LaShonda A. Hunt: On 5/26/26, Judge Jenkins granted preliminary approval of the *Tuccori* settlement that defendants Anywhere and NAR have opted into. *See* Case no. 1:24-CV-00150 (N.D. Ill.), Dkt. 177. Because that order temporarily enjoins litigation against any opt-in settler, this proceeding against those defendants must now be stayed. Furthermore, at Plaintiffs' request, the Seventh Circuit consolidated the pending appeals challenging the *Tuccori* opt-in procedure and briefing should conclude in less than 3 months. Accordingly, *Batton I* is stayed pending further court order. To be clear, this stay does not preclude Plaintiffs from moving forward with their settlements with defendants Keller Williams 269 and Re/Max 314 that have already been preliminarily approved. The Court thus strikes the 6/2/26 status report deadline 328 and orders the parties to file a joint status report addressing final approval of the *Tuccori* settlement, the pending appeals, and any other pertinent issues for court consideration, by 8/26/26. Mailed notice (gel,) (Entered: 05/29/2026) |
| 06/09/2026 | 336 | 2.8 MB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons for settlement *Plaintiffs Memorandum of Law ISO Motion for Final Approval of Class Action Settlements* |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Declaration J. Westphal)(Forde, Claire Noelle) (Entered: 06/09/2026) |
| 06/09/2026 | 337 | 1.7 MB | MOTION by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons for settlement *Plaintiffs Memorandum of Law ISO Motion for Fees, Expenses and Service Awards*<br><br>(Attachments: # 1 Declaration Joint Declaration, # 2 Declaration V. Briganti, # 3 Declaration R. Ewing, # 4 Declaration C. Burke, # 5 Declaration T. Seaver, # 6 Declaration J. Layton, # 7 Exhibit C - Layton CV)(Forde, Claire Noelle) (Entered: 06/09/2026) |
| 06/09/2026 | 338 | 120.7 KB | NOTICE of Motion by Claire Noelle Forde for presentment of motion for settlement, 337 before Honorable LaShonda A. Hunt on 7/28/2026 at 10:00 AM. (Forde, Claire Noelle) (Entered: 06/09/2026) |
| 06/09/2026 | 339 | 144.9 KB | NOTICE of Motion by Claire Noelle Forde for presentment of motion for settlement, 336 before Honorable LaShonda A. Hunt on 7/28/2026 at 10:00 AM. (Forde, Claire Noelle) (Entered: 06/09/2026) |
| 06/16/2026 | 340 | 4.7 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiffs' Motion for Final Approval of Class Action Settlements 336 and Motion for Fees, Expenses and Service Awards 337 are taken under advisement. Hearing on final approval of class action settlements and Plaintiffs' motions, currently set for 7/28/26 268 313 338 339 , must be rescheduled because of a scheduling conflict. By 6/23/26, the parties are directed to meet and confer and propose three agreed alternative dates in August for the hearing, either by submitting a joint status report or emailing the Court's Proposed Order inbox with all counsel copied. If the change in the final approval hearing date will interfere with any notice requirements for the settlements, the parties should state that in a joint status report and propose dates beyond August, if necessary. The Court apologizes in advance for any inconvenience. Mailed notice (gel,) (Entered: 06/16/2026) |
| 06/16/2026 | | | (Court only) ***Deadlines and hearings Terminated. (gel,) (Entered: 06/16/2026) |
| 06/18/2026 | 341 | 136.8 KB | MOTION by Attorney Dennie B. Zastrow to withdraw as attorney for Anywhere Real Estate, Inc.. No party information provided<br><br>(Kliebard, Kenneth) (Entered: 06/18/2026) |
| 06/18/2026 | 342 | 142.2 KB | NOTICE of Motion by Kenneth Michael Kliebard for presentment of motion to withdraw as attorney 341 before Honorable LaShonda A. Hunt on 7/1/2026 at 09:00 AM. (Kliebard, Kenneth) (Entered: 06/18/2026) |

| | | | |
|---|---|---|---|
| 06/18/2026 | 343 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Per the parties' joint email to the Court, the final approval hearing on class action settlements and Plaintiffs' related motions 268 313 336 337 is reset from 7/28/26 at 10:00AM to 8/4/26 at 9:00AM in Courtroom 1425. The Court thanks the parties for their cooperation. Mailed notice. (vcf, ) (Entered: 06/18/2026) |
| 06/22/2026 | 344 | 47.6 KB | Entered in Error (Entered: 06/22/2026) |
| 06/22/2026 | 345 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Defendant Anywhere Real Estate's motion for leave to withdraw appearance of counsel 341 is granted. Attorney Dennie Zastrow is withdrawn from this case. The motion hearing set for 7/1/26 342 is stricken, and counsel is reminded that motions for withdrawal of counsel need not be noticed for presentment where counsel from the same firm, organization, or governmental entity will remain in the case. Mailed notice (gel,) (Entered: 06/23/2026) |
| 07/06/2026 | 346 | 91.3 KB | MANDATE of USCA dated 07/06/2026 regarding notice of appeal 316 ;USCA No.26-1644 ; No record to be returned. (aee, ) (Entered: 07/07/2026) |
| 07/08/2026 | 347 | 251.0 KB | DECLARATION of Julia Westphal *of A.B. Data, Ltd.* (Forde, Claire Noelle) (Entered: 07/08/2026) |
| 07/21/2026 | 348 | 357.4 KB | REPLY by Plaintiffs Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons to motion for settlement, 336 , motion for settlement, 337 (Attachments: # 1 Declaration of Julia Westphal)(Forde, Claire Noelle) (Entered: 07/21/2026) |
| 08/04/2026 | 349 | 54.1 KB | MINUTE entry before the Honorable LaShonda A. Hunt: In-person motion hearing held. Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlements with Keller Williams and Re/Max 336 and Motion for Fees, Expenses and Service Awards 337 are all granted for the reasons stated on the record. Enter Orders and Judgment as to Defendants Keller Williams and Re/Max. Consistent with the final judgments approving the plaintiff class settlements, the Clerk is directed to terminate Defendant Keller Williams. Mailed notice (gel,) Modified on 8/5/2026 (gel, ). (Main Document 349 replaced on 8/5/2026) (gel, ). (Main Document 349 replaced on 8/5/2026) (gel, ). (Entered: 08/04/2026) |
| 08/04/2026 | 350 | 258.2 KB | ORDER OF SETTLEMENT WITH KELLER WILLIAMS REALTY, LLC AND JUDGMENT Signed by the Honorable LaShonda A. Hunt on 8/4/2026. Mailed notice (gel,) (Entered: 08/04/2026) |
| 08/04/2026 | 351 | 258.8 KB | ORDER OF SETTLEMENT WITH RE/MAX, LLC AND JUDGMENT Signed by the Honorable LaShonda A. Hunt on 8/4/2026. Mailed notice (gel,) (Entered: 08/04/2026) |
| 08/04/2026 | 352 | 262.6 KB | ORDER AWARDING ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS TO CLASS PLAINTIFFS Signed by the Honorable LaShonda A. Hunt on 8/4/2026. |

| | | | |
|---|---|---|---|
| | | | Mailed notice (gel,) (Entered: 08/04/2026) |
| 08/26/2026 | 353 | 170.3 KB | STATUS Report *Joint Status Report* by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons<br><br>(Ewing, Randall) (Entered: 08/26/2026) |
| 08/26/2026 | 354 | 534.3 KB | PRO SE Appearance by Movant Shiyang Huang. (Received via pro se portal on 08/26/26) (aee, ) (Entered: 08/27/2026) |
| 08/27/2026 | 355 | 84.8 KB | MOTION by Movant Shiyang Huang for leave to file a late claim after August 25, 2026 deadline. (Received via pro se portal on 08/27/26) (aee, ) (Entered: 08/27/2026) |
| 08/31/2026 | 356 | 6.1 MB | MOTION by Movant Shiyang Huang for reconsideration regarding order 352 , motion for leave to file 355 , order 350 , order 351<br><br>, MOTION by Movant Shiyang Huang to intervene<br><br>(Attachments: # 1 Exhibit Apr 2026 Notice Examples, # 2 Exhibit Aug 2026 Notice Examples, # 3 Exhibit Emails with Plaintiffs' Counsel, # 4 Exhibit Broilers, Dkt. 8404 (Durkin, J.))(Huang, Shiyang) (Entered: 08/31/2026) |
| 08/31/2026 | 357 | 41.5 KB | NOTICE of Motion by Shiyang Huang for presentment of motion for reconsideration,, motion to intervene, 356 , motion for leave to file 355 before Honorable LaShonda A. Hunt on 9/3/2026 at 09:00 AM. (Huang, Shiyang) (Entered: 08/31/2026) |
| 09/01/2026 | 358 | 288.3 KB | ATTORNEY Appearance for Movant Adam Woodburn by Elaine S Vorberg (Vorberg, Elaine) (Entered: 09/01/2026) |
| 09/01/2026 | 359 | 212.2 KB | MOTION by Movant Adam Woodburn to amend/correct order 350 *Judgment, pursuant to Rule 59(e)*<br><br>(Vorberg, Elaine) (Entered: 09/01/2026) |
| 09/01/2026 | 360 | 135.7 KB | NOTICE of Motion by Elaine S Vorberg for presentment of motion to amend/correct 359 before Honorable LaShonda A. Hunt on 9/17/2026 at 09:00 AM. (Vorberg, Elaine) (Entered: 09/01/2026) |
| 09/01/2026 | 361 | 47.9 KB | NOTICE by Shiyang Huang re notice of motion 357 *to vacate the September 3 Hearing for a Stipulated Briefing Schedule* (Huang, Shiyang) (Entered: 09/01/2026) |
| 09/02/2026 | 362 | 4.3 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the parties' joint status report 353 , an updated status report is due by 11/30/26. Mailed notice (gel,) (Entered: 09/02/2026) |
| 09/02/2026 | 363 | 4.9 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Self-represented Movant Shiyang Huang's motion for leave to file a late claim 355 and motion for reconsideration of the final settlements and attorney fees/costs/service award orders and to intervene 356 , and Movant Adam Woodburn's motion to amend judgment 359 are taken under advisement. As requested via email, Class Counsel may file a |

| | | | |
|---|---|---|---|
| | | | combined response to both motions by 9/14/26. The Court on its own motion allows up to 25 pages of argument for that filing. No reply is allowed unless requested by the Court. A ruling date will be set once the matters are fully briefed. The motion hearings set for 9/3/26 357 and 9/17/26 360 are stricken. The Court acknowledges receipt of Movant Huang's corrected notice of motion to withdraw September 3 hearing 361 , in which a stipulated briefing schedule is discussed, along with multiple emails to the courtroom deputy regarding the same subject. The Court reminds movants that the purpose of the advance meet and confer requirement is to avoid back-and-forth conversations about opposition briefing after motions are filed. All litigants must review and comply with Court rules and procedures. For future reference, non-compliant filings will be summarily stricken. Mailed notice (gel,) (Entered: 09/02/2026) |
| 09/02/2026 | | | (Court only) ***Deadlines terminated., Set/Reset Hearings: (gel, ) (Entered: 09/02/2026) |
| 09/14/2026 | 364 | 575.8 KB | MEMORANDUM by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons in Opposition to motion to amend/correct 359 , motion for reconsideration,, motion to intervene, 356 , motion for leave to file 355 (Forde, Claire Noelle) (Entered: 09/14/2026) |
| 09/14/2026 | 365 | 146.8 KB | RESPONSE by Keller Williams Realty, Inc. to MOTION by Movant Shiyang Huang for reconsideration regarding order 352 , motion for leave to file 355 , order 350 , order 351<br><br>MOTION by Movant Shiyang Huang to intervene<br><br>356 , MOTION by Movant Adam Woodburn to amend/correct order 350 *Judgment, pursuant to Rule 59(e)*<br><br>359 / *Keller Williams' Opposition to Shiyang Huang's and Adam Woodburn's Untimely Objections* (Bershteyn, Boris) (Entered: 09/14/2026) |
| 09/14/2026 | 366 | 106.4 KB | RESPONSE by Defendant Re/Max LLC to motion for reconsideration,, motion to intervene, 356 (Hasdoo, Eddie) (Entered: 09/14/2026) |
| 09/16/2026 | 367 | 4.3 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Replies in support of Movants Huang's motions 355 , 356 and Movant Woodburn's motion 359 are due by 9/30/26. Mailed notice (gel,) (Entered: 09/16/2026) |
| 09/18/2026 | 368 | 232.1 KB | REPLY by Shiyang Huang to MOTION by Movant Shiyang Huang for reconsideration regarding order 352 , motion for leave to file 355 , order 350 , order 351<br><br>MOTION by Movant Shiyang Huang to intervene<br><br>356 , memorandum in opposition to motion, 364 , MOTION by Movant Shiyang Huang for leave to file |

| | | | |
|---|---|---|---|
| | | | 355 *REPLY IN SUPPORT OF MOTION* (Huang, Shiyang) (Entered: 09/18/2026) |
| 09/29/2026 | 369 | 8.5 KB | MOTION by Attorney Kylie Chiseul Kim to withdraw as attorney for The National Association of Realtors. No party information provided<br><br>(Kim, Chiseul) (Entered: 09/29/2026) |
| 09/29/2026 | 370 | 6.6 KB | NOTICE of Motion by Chiseul Kylie Kim for presentment of motion to withdraw as attorney 369 before Honorable LaShonda A. Hunt on 10/6/2026 at 09:00 AM. (Kim, Chiseul) (Entered: 09/29/2026) |
| 09/30/2026 | 371 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Defendant NAR's motion for leave to withdraw appearance of counsel 369 is granted. Attorney "Kylie" Chiseul Kim is withdrawn from this case. The motion hearing set for 10/6/26 370 is stricken, and counsel is reminded that motions for withdrawal of counsel need not be noticed for presentment where counsel from the same firm, organization, or governmental entity will remain in the case. Mailed notice (gel,) (Entered: 09/30/2026) |
| 09/30/2026 | 372 | 236.0 KB | REPLY by Movant Adam Woodburn to motion to amend/correct 359 (Vorberg, Elaine) (Entered: 09/30/2026) |
| 10/05/2026 | 373 | 119.5 KB | Plaintiffs' Statement in Support of Their Opposition to Mr. Woodburn's Motion to Amend Judgment Under Fed. R. Civ. P. 59 STATEMENT by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons (Ewing, Randall) (Entered: 10/05/2026) |
| 10/08/2026 | 374 | 4.7 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiffs' Statement in Support of Their Opposition to Woodburn's Rule 59 Motion 373 is construed as a motion for leave to file a sur-reply. Because challenges to subject matter jurisdiction must always be considered by federal courts, the motion is granted. By 10/15/26, interested parties may file position statements on the limited jurisdictional issue, not to exceed 3 pages. No further replies are allowed unless requested by the Court. Hearing on the motions of Mr. Huang 355 356 and Mr. Woodburn 359 is set for 10/22/26 at 9:15 AM in Courtroom 1425. Attorneys/parties/settlement class members may appear in person or telephonically by dialing: 1-650-479-3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,) (Entered: 10/08/2026) |
| 10/08/2026 | 375 | 24.8 MB | MOTION by Movant Shiyang Huang for leave to file *supplemental exhibits (Tuccori notice materials) in support of pending motions*<br><br>(Attachments: # 1 Exhibit Tuccori Dkt. 240-2, Azari Decl. from Epiq) (Huang, Shiyang) (Entered: 10/08/2026) |
| 10/08/2026 | 376 | 163.1 KB | RESPONSE by Movant Shiyang Huang to set/reset hearings,,, 374 *Statement re: Jurisdiction* (Huang, Shiyang) (Entered: 10/08/2026) |

| | | | |
|---|---|---|---|
| 10/09/2026 | 377 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Movant Shiyang Huang's motion for leave to file supplemental exhibits 375 is denied without prejudice. No further briefing beyond jurisdictional statements 374 is allowed at this time. If after the upcoming hearing the Court believes that this information is relevant to his arguments, Mr. Huang can renew his motion and a briefing schedule will be set then. Mailed notice (gel,) (Entered: 10/09/2026) |
| 10/15/2026 | 378 | 155.9 KB | Subject Matter Jurisdiction Position STATEMENT by Adam Woodburn (Vorberg, Elaine) (Entered: 10/15/2026) |
| 10/15/2026 | 379 | 162.2 KB | Subject Matter Jurisdiction Response and Position STATEMENT by Mya Batton, Theodore Bisbicos, Aaron Bolton, Michael Brace, Anna James, Do Yeon Kim, James Mullis, Daniel Parsons (Forde, Claire Noelle) (Entered: 10/15/2026) |
| 10/21/2026 | 380 | 4.3 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Due to the Court's schedule, tomorrow's (10/22/26) hearing will proceed via telephone **only**. No in-person appearance permitted. Mailed notice (gel,) (Entered: 10/21/2026) |
| 10/22/2026 | 381 | 4.4 KB | MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic motion hearing held. For the reasons stated on the record, Movant Shiyang Huang's motion to file a late claim 355 is denied as moot, Huang's motion for reconsideration of Dkts. 350, 351, and 352 under Rule 59(e) and motion to intervene under Rule 24 356 is denied, and Movant Adam Woodburn's Rule 59(e) motion to amend judgment 359 is denied. Mailed notice (gel,) (Entered: 10/22/2026) |
| 11/23/2026 | 382 | 155.2 KB | NOTICE of appeal by Adam Woodburn regarding orders 350 , 381 , 352 , 351 Filing fee $ 605, receipt number AILNDC-25984611. Receipt number: n (Vorberg, Elaine) (Entered: 11/23/2026) |
| 11/23/2026 | 383 | 56.1 KB | NOTICE of appeal by Shiyang Huang regarding orders 381 , 352 Filing fee $ 605. (Huang, Shiyang) (Entered: 11/23/2026) |
| 11/23/2026 | 384 | 86.9 KB | SEVENTH CIRCUIT transcript information sheet by Shiyang Huang (Huang, Shiyang) (Entered: 11/23/2026) |
| 11/23/2026 | 385 | 164.2 KB | DOCKETING Statement by Shiyang Huang regarding notice of appeal 383 (Huang, Shiyang) (Entered: 11/23/2026) |
| 11/23/2026 | 386 | | PAYMENT by Shiyang Huang regarding 383 of Filing fee $ 605. (Huang, Shiyang) (Entered: 11/23/2026) |
| 11/24/2026 | 387 | 159.2 KB | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 382 . (aee, ) (Entered: 11/24/2026) |
| 11/24/2026 | 388 | 2.1 MB | TRANSMITTED to the 7th Circuit the short record on notice of appeal 382 . Notified counsel (aee, ) (Entered: 11/24/2026) |
| 11/24/2026 | 389 | 159.2 KB | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 383 . (aee, ) (Entered: 11/24/2026) |

View Selected    Total filesize of selected documents (MB): 0

or Maximum filesize allowed: 200 MB

Download Selected