No. 26-3446

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

U.S.C.A. — 7th Circuit
RECEIVED

NOV 25 2026

MYA BATTON, et. al.
Plaintiff-Appellees
v.
RE/MAX LLC, et. al
Defendant-Appellee

APPEAL OF: SHIYANG HUANG
Proposed Intervenor-Appellant.

On Appeal from the United States District Court
for the Northern District Court of Illinois, Eastern Division,
Case No. 1:21-cv-430, The Honorable LaShonda A. Hunt, Presiding

# Appellant's Motion for Leave to File Electronically

SHIYANG HUANG
2813 SW ROTHER RD.
TOPEKA, KS 66614
DEFECTIVESETTLEMENT@GMAIL.COM
(314) 669-1858

*Appellant Shiyang Huang*

**APPEARANCE & CIRCUIT RULE 26.1 DISCLOSURE STATEMENT**

Appellate Court No: 26-3446

Short Caption: .Batton v. National Association of Realtors

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party, amicus curiae, intervenor or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statements be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in the front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

☐ **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P. 26.1 by completing item #3):
Shiyang Huang (pro se)

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:
n/a

(3) If the party, amicus or intervenor is a corporation:

i) Identify all its parent corporations, if any; and

ii) list any publicly held company that owns 10% or more of the party's, amicus' or intervenor's stock:

(4) Provide information required by FRAP 26.1(b) – Organizational Victims in Criminal Cases:

(5) Provide Debtor information required by FRAP 26.1 (c) 1 & 2:

---

Attorney's Signature: /s/ Shiyang Huang (pro se) Date: 11/24/2026

Attorney's Printed Name:

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d). **Yes** ☒ **No** ☐

Address: 2813 SW Rother Rd., Topeka, KS 66614

Phone Number: 314-669-1858 Fax Number:

E-Mail Address: defectivesettlement@gmail.com

## APPELLANT'S MOTION FOR LEAVE TO FILE ELECTRONICALLY

Pursuant to Fed. R. App. P. 25 (a)(2)(B)(ii) and 7th Cir. R. 25(a)-(b), appellant Shiyang Huang moves for this Court's permission to file electronically as a *pro se* appellant. His motion should be granted.

Huang is a non-prisoner *pro se* appellant in a civil appeal and he has briefed class-action appeals in the Fifth, Eighth, and Eleventh Circuits as CM/ECF filer in each court of appeals involving class-action litigations. Allowing him to file via CM/ECF will streamline proceedings for the court and all relevant parties on this appeal.

Huang reasonably assumes no party would oppose this motion, but in abundance of caution, Huang has solicited all parties' position. No party has stated its position yet although some parties has stated their positions in other related matters.

## CONCLUSION

For good causes shown, appellant Shiyang Huang's request for CM/ECF filing permission should be GRANTED.

Date: November 25, 2026

Respectfully Submitted,

/s/Shiyang Huang
Shiyang Huang
2813 SW Rother Rd.
Topeka, KS 66614
defectivesettlement@gmail.com

*Appellant Shiyang Huang*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 143 words, excluding sections exempted by Fed. R. App. P. 32(f). This document complies with 7th Cir. R. 32(c) and Fed. R. App. P. 32(a)(5)-(6), 27(d)(1)(E) because this brief was prepared in 14-point Charter font using Microsoft Word 2007.

Dated: April 23, 2026

/s/Shiyang Huang
Shiyang Huang

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2026, I filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit.

/s/Shiyang Huang