**United States District Court**

**Northern District of Illinois - CM/ECF NextGen 1.9 (rev. 1.9)**

**Notice of Electronic Filing**

The following transaction was entered on 11/25/2026 at 3:47 PM CST and filed on 11/25/2026

| | |
|---|---|
| **Case Name:** | Batton v. The National Association of Realtors et al |
| **Case Number:** | 1:21-cv-00430 |
| **Filer:** | Shiyang Huang |
| **Document Number:** | 394(No document attached) |

**Docket Text:**
**PAYMENT by Shiyang Huang regarding [383] of Filing fee $ 605 receipt no. 100039037. (jks, )**

**1:21-cv-00430 Notice has been electronically mailed to:**

Aaron Daniel Van Oort aaron.vanoort@faegredrinker.com, docketgeneral@faegredrinker.com, kristen.mcgrew@faegredrinker.com, shelley.meyer@faegredrinker.com

Adam J. Diederich adiederich@schiffhardin.com

Anna Pendleton Hayes anna.hayes@hklaw.com

Boris Bershteyn Boris.Bershteyn@skadden.com, boris-bershteyn-9508@ecf.pacerpro.com, chdocket@skadden.com

Brigid Carmichael bcarmichael@masseygail.com, 4084565420@filings.docketbird.com

Carol Lee O'Keefe cokeefe@koreintillery.com

Christian Levis CLevis@lowey.com, 9356429420@filings.docketbird.com

Claire Noelle Forde nforde@lowey.com

David C. Kully david.kully@hklaw.com

Eddie Hasdoo ehasdoo@jonesday.com, baward@jonesday.com, courtalert@joneday.com, ikroneman@jonesday.com, lrrahmani@jonesday.com

Elaine S Vorberg evorberg@mccarthyduffy.com

George A. Zelcs gzelcs@koreintillery.com, 7556444420@filings.docketbird.com, clyman@koreintillery.com, dhutton@koreintillery.com

Jack R. Bierig jack.bierig@afslaw.com, edocket@afslaw.com, jack-bierig-2679@ecf.pacerpro.com, kjohnson@realtors.org, mary.bocian@afslaw.com

Jason Leland Chrestionson jason.chrestionson@morganlewis.com, chcalendardepartment@morganlewis.com, holly.bachara@morganlewis.com

Jay N Varon jvaron@foley.com, yroyal@foley.com

Jeff Levee jlevee@jonesday.com

Jennifer Lada jennifer.lada@hklaw.com

Jennifer M Keas jkeas@foley.com

Jonathan Marc Jagher jjagher@jjlmlaw.com

Kenneth Michael Kliebard kenneth.kliebard@morganlewis.com, chcalendardepartment@morganlewis.com, christina.cacioppo@morganlewis.com, elsa.doi@morganlewis.com, holly.bachara@morganlewis.com, jason.chrestionson@morganlewis.com, michelle.castaneda@morganlewis.com, stacey.mahoney@morganlewis.com, william.cravens@morganlewis.com, william.mcenroe@morganlewis.com

Kevin Patrick Wagner kevin.wagner@faegrebd.com, missy.lysne@faegrebd.com

Leonard A. Gail lgail@masseygail.com, 6862162420@filings.docketbird.com,

jloper@masseygail.com

Margaret C. MacLean mmaclean@lowey.com, 7661904420@filings.docketbird.com

Matthew Miles Collette mcollette@masseygail.com, 8565801420@filings.docketbird.com

Matthew Thomas Ciulla matthew.ciulla@macgilllaw.com, 2595994420@filings.docketbird.com

Michael Bonanno mikebonanno@quinnemanuel.com, mike-bonanno-3354@ecf.pacerpro.com, newyorkcalendar@quinnemanuel.com

Michael E. Klenov mklenov@koreintillery.com

Morgan Meyer mmeyer@masseygail.com, 6466956420@filings.docketbird.com

Paul T. Geske pgeske@mcgpc.com

Peter O'Connor Rocque procque@koreintillery.com

Randall P. Ewing , Jr rewing@koreintillery.com, clyman@koreintillery.com, llucas@koreintillery.com, mepperson@koreintillery.com

Robert Dean Macgill robert.macgill@macgilllaw.com, 2083887420@filings.docketbird.com

Ryan Z. Cortazar rcortazar@koreintillery.com, dhutton@koreintillery.com, esaxon@koreintillery.com

Scott E. Murray semurray110@gmail.com

Shiyang Huang defectivesettlement@gmail.com

Stacey Anne Mahoney stacey.mahoney@morganlewis.com, dennie.zastrow@morganlewis.com, terresa.adams@morganlewis.com

Steven M Berezney sberezney@koreintillery.com, llucas@koreintillery.com

Suyash Agrawal sagrawal@masseygail.com, 1504646420@filings.docketbird.com, bbalachowski@masseygail.com, jloper@masseygail.com, raguirre@masseygail.com

Timothy Ray timothy.ray@hklaw.com, francine.rivera@hklaw.com, hapi@hklaw.com

Vincent Briganti vbriganti@lowey.com, 1314344420@filings.docketbird.com

William Henry London blondon@jjlmlaw.com, mkhamoo@fklmlaw.com

William S.D. Cravens william.cravens@morganlewis.com

William T. McEnroe william.mcenroe@morganlewis.com

**1:21-cv-00430 Notice has been delivered by other means to:**